IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSALIND PRESSLEY<br><br>Plaintiff<br><br>V.<br><br>POSADAS OF PUERTO RICO ASOC., ET. AL.<br><br>Defendants | CIVIL NO.: 2016 cv 02718 (GAG)<br><br><br>RE:  PERSONAL INJURY |

**SUPPORTING STATEMENT OF MATERIAL FACTS**

TO THE HONORABLE COURT:

COMES Posadas de Puerto Rico Associates L.L.C. (and hereinafter referred to as "Condado Plaza"), through the undersigned attorney, and in compliance with Local Rule 56(b) respectfully submits this Supporting Statement of Material Facts in support of its Motion for Summary Judgment, setting forth below those material facts as to which there is no issue of material fact to be tried:

1.      On October 4, 2015, at or about 10:30 a.m., plaintiff Rosalind Pressley was a registered guest at The Condado Plaza Hilton Hotel in Condado, Puerto Rico. See docket 1, Complaint, ¶ 6; See **Exhibit A,** Request for Admissions, p. 1, ¶ 1, and **Exhibit B,** Posadas Answers to Request for Admissions at ¶ 1.

2.      The complaint alleges that on October 4, 2015, plaintiff Rosalind Pressley slipped and fell inside her room at the Condado Plaza. See docket 1, Complaint, ¶ 6.

3.      Plaintiff checked-into the Condado Plaza on October 2, 2015, at 4:51 p.m. and was assigned room number 828.  See **Exhibit C,** Guest Folio.

4.      Plaintiff was staying in room 828 with her friend Olivia Buckmon.  See

1

**Exhibit D,** Pressley deposition transcript, p. 20:5-8.

5.    Plaintiff was on the bed farthest away from the closet and the refrigerator. See **Exhibit D,** at 15:14-18.

6.    On October 4, 2015, plaintiff was the first to wake up that morning, she got up and went to retrieve the iron that was near the closet. See **Exhibit D,** Pressley deposition transcript, p. 15:5-11.

7.    Plaintiff walked from her bed, passed by the other bed, turned toward the closet, walked by the refrigerator and then she slipped and fell to the floor. See **Exhibit D,** Pressley deposition transcript, p. 15:21-24.

8.    Plaintiff does not remember if after she fell down she saw a puddle. See **Exhibit D**, Pressley deposition transcript, p. 18:21-24.

9.    Plaintiff does not remember if she felt water on her feet when she fell down. See **Exhibit D**, Pressley deposition transcript, p. 19:15-20.

10.    After the alleged incident, plaintiff got up with the help of her roommate Olivia Buckmon, went back to bed and then called Hotel's security. See **Exhibit D,** Pressley deposition transcript, p. 18:3-7.

11.    When plaintiff reported the incident, a Security Officer and a Maintenance Officer from the Hotel went to her room and found that the area in front of the refrigerator was wet. See **Exhibit A,** Request for Admissions, p. 1, ¶ 3; p. 2, ¶ 6, and **Exhibit B,** Posadas Answers to Request for Admissions at ¶ 3, 6.

12.    When hotel staff visited plaintiff's room after the accident, plaintiff saw that the knees of the pants the repair persons were wet. See **Exhibit D**, Pressley deposition transcript, p.19:2-14.

13.    On October 4, 2015, there was no mat, rug or any type of carpeting in front of the refrigerator in plaintiff's room. See **Exhibit A,** Request for Admissions, p. 2, ¶ 5; p. 3, ¶ 16, 17, and **Exhibit B,** Posadas Answers to Request for Admissions at ¶ 5, 16, 17.

14.    After removal from the room and inspection of the refrigerator by the hotel's agent, it was concluded that the refrigerator was malfunctioning. See **Exhibit A,** Request for Admissions, p. 2, ¶9, and **Exhibit B,** Posadas Answers to Request for Admissions at ¶ 9.

15.    Upon entering the guest rooms, Condado Plaza personnel among other things (like cleaning the room) verify that the refrigerators in the rooms are closed and operational, and clean them if needed. See **Exhibit E**, Condado Plaza's Answer to Plaintiff's Interrogatories, pp. 1-2 (¶ 4, i.e., answer to interrogatory 4).

WHEREFORE, it is respectfully requested that this Honorable Court take note of the above and consider this Supporting Statement of Material Facts submitted in compliance with Local Rule 56(b) in adjudicating the appearing parties' Motion for Summary Judgment.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record, through their attorneys of record.

In San Juan, Puerto Rico, this 15th day of August 2018.

Respectfully submitted,

**S/FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ
BAR NO.: 210510
E-mail:  fecolon@colonramirez.com

**S/HÉCTOR MÁRMOL LANTIGUA**
HÉCTOR MÁRMOL LANTIGUA

3

Bar No.: 225404
E-mail: hmarmol@colonramirez.com

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 760-1077
Fax: (305) 507-1920

4