IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSALIND PRESSLEY<br><br>    Plaintiff<br><br>        v.<br><br>POSADAS OF PUERTO RICO ASOC.,<br>ET. AL.<br><br>    Defendants | CIVIL NO. 2016-02718 (GAG)<br><br><br><br><br><br><br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

**PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT**

Plaintiffs propound their First Request for Admissions to the defendant, POSADAS OF PUERTO RICO ASSOCIATES d/b/a The Condado Plaza Hilton Hotel (hereinafter the "defendant hotel"), and demand that defendants answers under oath, in writing, within thirty (30) days from receipt hereof so as to furnish Plaintiff with all responsive information available to defendant, its agents, attorneys or any other persons acting on its behalf, in accordance with Rule 36 of the Federal Rules of Civil Procedure.

1.    On October 4, 2015, at or about 10:30 in the morning, plaintiff Rosalind Pressley was a registered guest at The Condado Plaza Hilton Hotel in Condado, Puerto Rico.

2.    On October 4, 2015, the plaintiff slipped and fell on her room due to accumulated water coming from the room's refrigerator.

3.    The area where plaintiff Rosalind Pressley suffered her fall was wet and slippery because water accumulated on it due to a malfunctioning refrigerator.

4.    On or about October 4, 2015, two photographs were taken by The Condado Plaza Hilton's investigator, Elliot Cruz.

5.    On October 4, 2015, at or about 10:30 a.m. there was no mat or rug in front of the refrigerator in plaintiff's room.

6.    The condition of the surface of the floor immediately prior to the incident described in the Complaint was wet.

7.    The plaintiff did not notice the condition of the wet surface prior to the slip and fall.

8.    The plaintiff was not carrying anything before the accident occurred.

9.    After removal from the room and inspection of the refrigerator by the defendant hotel's agent, it was concluded by the defendant hotel that the refrigerator was malfunctioning.

10.    After removal from the room and inspection of the refrigerator by the defendant hotel's agent, it was concluded by the hotel that the refrigerator was leaking water.

11.    After removal from the room and inspection of the refrigerator by the defendant hotel's agent, the defendant hotel disposed of the refrigerator.

12.    Defendant hotel incurred in fault and/or negligence in that they breached their duty to maintain their equipment in a reasonably safe and secure condition and, therefore, they are liable for the damages suffered by Plaintiff.

13.    Defendant hotel had the duty to maintain the refrigerator in a reasonably safe and secure condition to avoid the happening of an incident of this nature and they negligently failed to do so in

2

violation of said duty.

14. The fault and/or negligence of the defendant hotel was the sole and exclusive proximate and adequate cause of the incident suffered by the plaintiff Rosalind Pressley and the resulting damages suffered by her.

15. After removal from the room and inspection of the refrigerator by the defendant hotel's agent, it was concluded by the defendant hotel that the refrigerator was leaking water for failing to provide proper maintenance and/or care to the refrigerator by the defendant hotel's agents.

16. On October 4, 2015, the defendant hotel did not place a mat, rug or any type of carpeting in front of the refrigerator in plaintiff's room.

17. On October 4, 2015, there was no mat, rug or any type of carpeting in front of the refrigerator in plaintiff's room.

18. On October 4, 2015 the refrigerator found in the room of the plaintiff had never received maintenance since the day it was installed in the room. If not, provide all evidence you have that it did.

19. On October 5, 2015, the defendant hotel did not have a refrigerator's maintenance logbook of the refrigerator referred to in the Complaint.

20. On October 5, 2015, the defendant hotel did not have a maintenance protocol of the refrigerator referred to in the Complaint.

21. On October 5, 2015, a different refrigerator was installed in plaintiff's room after her slip and fall.

22. Defendant Posadas de Puerto Rico Associates, L.L.C. is a corporation organized and existing under the laws of Delaware, with its principal place of business in the Commonwealth of Puerto Rico or a state other than the State of Georgia, which owns, manages, operates and/or does business as The Condado Plaza Hilton Hotel located at 999 Ashford Avenue, San Juan, Puerto Rico 00907.

23. After her slip and fall on October 4, 2015, Plaintiff Rosalind Pressley sought medical attention and was diagnosed with a herniated disc as result of her fall. Consequently, Plaintiff underwent two (2) epidural injections, approximately seven (7) months of physical therapy sessions and oral medication. In addition, she continues to undergo chiropractic and acupuncture sessions to attempt to ease her pain.

24. As a result of her fall, plaintiff Rosalind Pressley has suffered physical and emotional damages, including, but not limited to, physical pain, discomfort, mental anguish, depression, anxiety as she is a candidate for back surgery, loss of enjoyment of life, loss of sleep, loss of mobility and a partial disability, as well as a permanent physical impairment.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically sent a copy of the foregoing written discovery to the attorneys of record.

4

In San Juan, Puerto Rico, this 11th day of April, 2017.

/s/ David Fernández-Esteves
DAVID FERNANDEZ-ESTEVES
USDC-PR Bar No. 218404
Attorney for the Plaintiff
LAW OFFICES BENJAMIN ACOSTA, JR.
P.O. Box 9023518
San Juan, P.R. 00902-3518
Tel. 787-722-2363
Fax 787-724-5970
davidfernandez@lobajr.com

5