# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Rosalind Pressley<br><br>Plaintiff,<br><br>v.<br><br>Posadas de Puerto Rico Associates, LLC<br><br>Defendant. | Civil No. 16-2718 (BJM)<br><br>Plaintiff demands trial by jury |

## RESPONSE TO REQUEST FOR ADMISSIONS UNDER FED. R. CIV. P. 36

TO:        PLAINTIFF ROSALIND PRESSLEY
THROUGH ATTORNEY DAVID FERNANDEZ ESTEVES

FROM:     POSADAS DE PUERTO RICO ASSOCIATES L.L.C.
THROUGH ATTORNEY HECTOR A. MARMOL-LANTIGUA

1.     Admitted.

2.     Denied. Although plaintiff reported that she slipped and fell in the room, Posadas have identified no witnesses that confirm plaintiff's account of the incident.

3.     Denied. Although plaintiff reported that she slipped and fell in the room, Posadas have identified no witnesses that confirm plaintiff's account of the incident. It is admitted that when personnel of the hotel arrived to the room, the area in front of the refrigerator was wet.

4.     Admitted.

5.     Admitted.

6.     Denied. Although plaintiff reported that she slipped and fell in the room, Posadas have identified no witnesses that confirm plaintiff's account of the incident. It is admitted that when personnel of the hotel arrived to the room, the area in front of the refrigerator was wet.

7.     Denied. Plaintiff may allege so, but Posadas has no independent knowledge of this although it is conducting discovery to assess this averment.

1

8.    Denied. Plaintiff may allege so, but Posadas has no independent knowledge of this although it is conducting discovery to assess this averment.

9.    Admitted.

10.    Admitted.

11.    Admitted.

12.    This request is objected to because it does not call for an admission of fact, but rather, of a legal standard. Without waiving this objection, the request is denied. Posadas did not know, nor could it have reasonably known, of the refrigerator's malfunction.

13.    This request is objected to because it does not call for an admission of fact, but rather, of a legal standard. Without waiving this objection, the request is denied. Posadas did not know, nor could it have reasonably known, of the refrigerator's malfunction.

14.    Denied. Plaintiff may allege so, but Posadas has no independent knowledge of this although it is conducting discovery to assess this averment.

15.    Denied. While it was concluded the refrigerator had malfunctioned, this was not due to a failure to provide proper maintenance.

16.    Admitted.

17.    Admitted.

18.    This request is objected to on the basis that it is vague and ambiguous. Without waiving this request, it is denied.

19.    Admitted.

20.    Admitted.

21.    This request is objected to on the basis that it is vague and ambiguous. Without waiving this request, it is denied as the hotel does afford maintenance to its rooms.

22.    Denied.

23.    It is admitted that plaintiff Rosalind Pressley received medical attention after October 4, 2015. The remainder is denied.

24.    It is admitted that plaintiff Rosalind Pressley received medical attention after October 4, 2015. Other than what is admitted, this request is denied.

I, Eliott Cruz, under penalty of perjury declare that to the best of my understanding and belief the foregoing is true and correct.

In San Juan, Puerto Rico, this __th day of August, 2017.

_____
ELIOTT CRUZ

In San Juan, Puerto Rico, this __th day of August, 2017.

**HÉCTOR MÁRMOL LANTIGUA**
HÉCTOR MÁRMOL LANTIGUA
Bar No.: 225404
E-mail: hmarmol@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 760-1077
Fax: (305) 507-1920

3