EXHIBIT C

999 ASHFORD AVE
SAN JUAN, PR 00907
TELEPHONE 787-721-1000    • FAX 787-721-7955

PRESSLEY, ROSALIND

4195 BROWNING CHASE DR

TUCKER GA 30084
UNITED STATES OF AMERICA

858/Q2RC
10/2/2015  4:51:00 PM
10/8/2015 9:55:00 AM

2/0

Rate Plan:    XU
HH #
AL:
Car:

Confirmation Number: 3172352296

11/21/2016

| | | | | | |
|---|---|---|---|---|---|
| 10/3/2015 | *AQUA BAR & GRILL | LINTR | 4063351 | $11.15 | |
| 10/3/2015 | *AQUA BAR & GRILL | LINTR | 4063352 | $12.15 | |
| 10/4/2015 | *TRAVEL TRADER | LINTR | 4064921 | $32.32 | |
| 10/8/2015 | MC *4846 | MR3 | 4070558 | | ($55.62) |
| | **BALANCE** | | | | $0.00 |

MC *4846

10/8/2015       465423 A

PRESSLEY, ROSALIND

03301Z

For billing inquiries, please contact the credit card department at
787-721-1000 extension 2014.

-55.62