# *In the Matter Of:*

# *ROSALIND PRESSLEY vs*

# *POSADAS DE PUERTO RICO*

---

# *ROSALIND VANESSA PRESSLEY*

# *March 23, 2018*

---

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
ROSALIND PRESSLEY,        * CIVIL ACTION NO.: 16-2718 (GAG)
                          *
        Plaintiff(s),     *
                          *
            v.            *
                          *
POSADAS DE PUERTO RICO    * RE:
                          *        PERSONAL INJURY
ASSOCIATES, L.L.C. D/B/A* PLAINTIFF DEMANDS TRIAL BY JURY
THE CONDADO PLAZA HILTON*
OTEL; JOHN DOE; RICHARD  *
DOE                       *
                          *
        Defendants.       *
------------------------
```

The deposition of:

ROSALIND VANESSA PRESSLEY

held on Friday, March 23, 2018 at the offices of Verbatim

Reporting Puerto Rico, located at 1314 Ave. Ponce de

León, Edificio El Telégrafo, Third Floor, San Juan,

Puerto Rico  00918, starting at 10:00 a.m.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 2

APPEARANCES:


COUNSEL FOR PLAINTIFF, ROSALIND VANESSA PRESSLEY:

LAW OFFICE OF BENJAMÍN ACOSTA, JR.
PO Box 9023518
San Juan, Puerto Rico  00902-3518
BY:     MR. DAVID FERNÁNDEZ-ESTEVES, ESQ
TEL:    787.722.2363
EMAIL:  davidfernandez@lobjar.com


COUNSEL FOR DEFENDANT, POSADAS DE PUERTO RICO ASSOCIATES:

COLÓN RAMÍREZ, LLC
PO Box 361920
San Juan, Puerto Rico  00936-1920
BY:     MR. HÉCTOR MÁRMOL LANTIGUA
TEL:    888.760.1077
FAX:    305.507.1920
EMAIL:  fecolon@colonramirez.com


COURT REPORTER:

ANDREA CAMILO PASTRANA
VERBATIM REPORTING, LLC
TEL:    787.626.5700
EMAIL:  scheduling@verbatimreportingpr.com

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 3

I-N-D-E-X

DEPONENT:

ROSALIND VANESSA PRESSLEY

Examination by:                                              PAGE

MR. HÉCTOR MÁRMOL LANTIGUA ........................

MR. DAVID FERNÁNDEZ-ESTEVES ........................


E-X-H-I-B-I-T-S


NUMBER                    DESCRIPTION                    PAGE

No exhibits were marked.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 4

IN SAN JUAN, PUERTO RICO

FRIDAY, MARCH 23, 2018

P-R-O-C-E-E-D-I-N-G-S

---

COURT REPORTER:  On the record.

MR. MÁRMOL:  Yes.  Good morning.  This is Héctor Mármol.  We are here for the deposition of plaintiff Rosalind Pressley in the case of Rosalind Pressley v. Posadas de Puerto Rico Associates, number 16-2718. This case is being seen at the United States District Court for the District of Puerto Rico.  I represent Posadas de Puerto Rico.  Please, everybody, present yourselves for the record before we begin.

MR. FERNÁNDEZ:  Attorney David Fernández Esteves on behalf of the plaintiff.  Present is the plaintiff, Rosalind Pressley.

DEPONENT:  Rosalind Pressley.

COURT REPORTER:  Andrea Camilo Pastrana, court reporter.

MR. MÁRMOL:  Before opening the record, attorney Fernández and I discussed the stipulations that will rule this

deposition.  I will serve as notary for purposes of taking the oath of the court reporter and the witness.  We will notify copy of the transcript of the deposition to attorney Fernández so his client can review it.  She will have 30 days to review the transcript and notify any correction that is needed.  They waive the signature of the transcript.  And the objections will be reserved for the date of trial, except for those of privilege and form that have to be raised at the moment to be preserved.  Is that correct, counsel?

MR. FERNÁNDEZ:  Yes.  That is correct.

MR. MÁRMOL:  That being said.

Court reporter, your right hand.  Do you swear to transcribe everything to the best of your abilities?

COURT REPORTER:  I do.

MR. MÁRMOL:  Deponent, your right hand.  State your full name, please.

DEPONENT:  It's Rosalind Vanessa Pressley.

MR. MÁRMOL:  Do you swear to tell the truth to everything that is asked of you

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

today?

DEPONENT:  I will.

MR. MÁRMOL:  Thank you.

Whereupon,

-----------------------------------------------------

ROSALIND VANESSA PRESSLEY,

-----------------------------------------------------

having been duly sworn under oath by the notary public, was examined and testified as follows:

EXAMINATION

BY MR. MÁRMOL:

Q.   **Your full name again, please.  Full name?**

A.   Rosalind Vanessa Pressley.

Q.   **What is your date of birth?**

A.   10/4/55.

Q.   **What is your current civil status?**

A.   Repeat.

Q.   **Your current civil status.  Are you married?**

A.   Single.

Q.   **Have you ever been married?**

A.   Never.

Q.   **Do you have any sons or daughters?**

A.   One daughter.

Q.   **What is her name?**

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 7

A.   Orvalashon Neco Pressley Davis.

Q.   **Can you repeat, please?**

A.   Orvalashon Neco Pressley.

MR. FERNÁNDEZ:  Could you please spell it for us?

DEPONENT:  Sure.

It's O-r-v-a-l-a-s-h-o-n.  Middle, N-e-c-o.  Last name, Pressley Davis.  She's married.  That's her last name.  Pressley Davis.  P-r-e-s-s-l-e-y and D-a-v-i-s.

BY MR. MÁRMOL:

Q.   **What is her age?**

A.   Forty-four.

Q.   **What is your current living address?**

A.   Repeat.

Q.   **Your current living address.  Where do you live?**

A.   What do I do?

Q.   **Where do you live?**

A.   I live in Tucker, Georgia.

Q.   **Do you live alone?**

A.   Yes.

Q.   **What kind of property is your home?  Is it an apartment?  Is it a house?**

A.   Single family.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Q.   Apartment?

A.   Home.

Q.   One level?

A.   One level.

Q.   Do you work?

A.   Yes.

Q.   What is your current employment?

A.   Repeat.

Q.   What is your current employment?

A.   Department of Treasury.

Q.   How long have you been working at the Department of Treasury?

A.   Eight years two months.

Q.   What is your position there?

A.   Contact representative.

Q.   Contact representative?

A.   Contact representative.

Q.   And what do you do as a contact representative?

A.   Repeat.

Q.   What are your duties as a contact representative?

A.   Basically what I do is I provide support for internal and external clients in reference to taxes and their tax obligations.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Q.   Are you a regular employee?  Or are you temporary or other kind of --

A.   I'm what you call seasonal full-time.

Q.   And what is seasonal full-time employment?

A.   There's a possibility that I can get furloughed certain times of the year.

Q.   In the eight years two months that you have been there, have you ever been furloughed for certain times of the year?

A.   Repeat.

Q.   Have you ever been furloughed for certain times of the year?

A.   Yes.  I have.

Q.   Each of the years that you have worked there or has there been any time that you worked a full year with them?

A.   You have to repeat.  I'm sorry.

Q.   You have been working with them eight years and two months.

A.   Right.

Q.   During that span of time, have you ever been a full year without been furloughed or --

A.   Yes.  I have.

Q.   What year have you worked a full year?

A.   I can't remember all the years.  I will say '15, '16, '14.

**Q.   You worked full years those years.**

A.   Full years, um-hum, without any furlough.

**Q.   At what time of the year approximately do you usually get furloughed when you are furloughed?**

A.   Usually at the end of September into October.  Usually I'm back in November.

**Q.   Today did you take any medicines before coming here?**

A.   No.

**Q.   When did you arrive to Puerto Rico for this trip?**

A.   Repeat.

**Q.   When did you arrive to Puerto Rico for this trip?  Today, for this deposition, did you arrive yesterday or Wednesday?**

A.   I got in Wednesday night.

**Q.   You went to get evaluated yesterday by an expert?**

A.   Repeat.

**Q.   Did you go to see an expert yesterday to be evaluated for your injuries?**

A.   Yes.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Q.   Who did you see?

A.   My attorney.

Q.   Your attorney?

A.   Yes.

Q.   Did you see a doctor?

A.   Yes.

Q.   What doctor?

A.   I don't remember his name.

Q.   Does Suárez Castro sound familiar?

A.   I think so.

Q.   You went to an evaluation with him?

A.   Repeat.

Q.   He made a physical exam of you?

A.   He did.

Q.   Can you explain to us what that medical examination entailed, what he did?

A.   Yes.

Q.   Please describe.

A.   He asked questions in reference to the incident that happened at the hotel.  He asked about the situation.  He asked several questions then he started to examine me.

Q.   What situation was he asking you?

A.   What happened in reference to the fall. How long was I in Puerto Rico.  Did I get

medical attention while I was there.  Had I had any other accidents or previously was I going to the doctor.  What happened.  Basically went into details in reference to the fall itself and the doctors I was seeing and also the procedures, basically.

Q.   Did you give him documents?

A.   Yes.  I brought my medical records from Peachtree Spine and I left him also some information from my chiropractor.

Q.   Did you give him any record from the chiropractor?

A.   Repeat.

Q.   Did you give the doctor any record from the chiropractor?

A.   I did.

Q.   And the chiropractor is Dr. Sieradzki?

A.   Yes.

Q.   The physical evaluation he made of you, what did he do?  What areas of your body did he examine?

A.   My knees, my arms, my back, my lower back.  He kind of looked at me and came back and looked at -- he raised my arms.

Q.   Knees, arms, back, what else did you say?

A.   My knees.  He examined my knees, my lower back, different parts of my back, lower part of my back.  He came back and he raised my arms. Basically that was it.

Q.   Did he make you stretch or make any exercise or make any movements?

A.   He asked me to bend forward and just look up and kind of turn my head.  That was it.

Q.   Did he take any measure with any instruments of anything like that?

A.   The only thing that he utilized as far as an instrument was -- you know the little thing that they tap on the knees.

Q.   Like the hammer?

A.   Yes.

Q.   Did any of the movements he made you do hurt you?

A.   Yes.

Q.   Which ones?

A.   When he touched the back of my -- where the disk is, right in that area.  All around that area is painful.

Q.   And the disk -- the vertebrae column?

A.   Um-hum.

Q.   In the lower, middle, higher back?

A.   The lower.  Kind of like -- kind of down in the back.  Usually he touched the area that is very still sensitive and sore.

Q.   **And it hurt when he touched it.**

A.   Um-hum.

He --

Q.   **Merely touching it hurts.**

A.   Yes.  It did.

Q.   **How long were you with him in that physical evaluation?**

A.   Maybe just about an hour.

Q.   **Did you see him taking notes or was he writing in the computer?**

A.   He took a lot of notes.

Q.   **In writing?**

A.   He was writing a lot of notes.

Q.   **Please tell me about your accident.  How did it happen?**

A.   I had planned my 60th birthday. Okay -- I'm sorry.

MR. MÁRMOL:  We'll go off the record for a second.

(Whereupon, a brief recess transpires).

COURT REPORTER:  On the record.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 15

MR. MÁRMOL:  Back on the record.

BY MR. MÁRMOL:

Q.   **You were telling us it was your 60th birthday or something.**

A.   I had gotten up that morning, I was the first one up to go and retrieve the iron, which was over near the closet.  Basically, when I came around the other side of the bed I slipped and fell.  I fell into the closet and hit my butt really hard on the floor and fell into the closet.

Q.   **You were walking towards the closet.**

A.   Right.

I was on the bed farthest away from the refrigerator or the closet.

Q.   **It was a two-bed room.**

A.   It was a two-bed and I was on the farthest bed, farthest bed from it.

Q.   **So you go walking by the foot of your bed...**

A.   Passed my bed to the next bed and turned the isle right there.  And right there, once I passed the refrigerator I slipped and fell into the closet and hit the floor.

Q.   **You fell forward?**

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

A.   I fell to the side into the closet and fell really hard.

Q.   You made a gesture like moving to the right side.  You fell to the right side?

A.   Right.  I fell to the right side.

And I fell into the closet and hit the floor.

Q.   What is the first part of your body that hit the floor?

A.   My butt.

Q.   Your butt?

A.   And then my right shoulder kind of leaned into right here also.

Q.   Your left or right shoulder?

A.   Hum?

Q.   You said right shoulder?

A.   Right.

Q.   Your right shoulder was hit with the right shoulder.

A.   Repeat.

Q.   What did you hit your right shoulder with?

A.   I fell into the closet and that's where I hit the shoulder within the closet.  Because in the room you have the refrigerator then there's the closet right here.  So when I hit the floor

really hard, I fell into the closet and hit my right shoulder.

Q.    And your butt hit the floor.

A.    It came down, um-hum, really hard.

COURT REPORTER:  It what?

MR. MÁRMOL:  Repeat, please.

COURT REPORTER:  What did you just say?

DEPONENT:  I said I came down -- my butt hit the floor first and then I kind of leaned into the closet when I fell.

BY MR. MÁRMOL:

Q.    Did your head hit any part of the room or of the --

A.    Not that I can remember.

Q.    Did any other part of your body hit anything?

A.    Not that I can remember.

Q.    Did you twist your ankles?

A.    Not that I can remember.

Q.    Did you twist your knees?

A.    Not that I can remember.

Q.    Your left shoulder didn't hit anything?

A.    No.

Q.    Did you lose consciousness?

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

A.   No.

Q.   **When you fell down, what happened next?**

A.   I was calling -- my roommate was on the bed and she came and was trying to help me up and she almost slipped.  And then she helped me up and I just got back into my bed on the other side and then we called security.

Q.   **What caused you to fall down?**

A.   Water that was on the floor.

Q.   **Did you see what was the origin of that water?**

A.   Right at the refrigerator, in that area.

Q.   **Was it running from down the refrigerator?**

A.   Couldn't tell.

Q.   **It was a big puddle?  Small puddle?  Can you describe the size of the puddle that was on the floor?**

A.   I didn't notice the puddle because the floor is white.

Q.   **And after you fell down, did you see the puddle?**

A.   I don't remember.  I was just kind of shocked.

Q.   **How do you know if you slipped with**

water?

A.   Because when they came to -- we saw the water after the fact, the floor was wet.  Also, when the repair person came to examine you could see the water on their pants -- the pants.

Q.   And you --

COURT REPORTER:  I'm sorry.  You could see the water where?

DEPONENT:  On the knee.  The pants were wet.

BY MR. MÁRMOL:

Q.   Your pants got wet.

A.   No.

The repair persons who came.

Q.   Did you feel the water on your feet when you fell down?

A.   Repeat.

Q.   Did you feel the water on your feet when you fell down?

A.   I don't remember.

Q.   What were you wearing at the moment?

A.   Night clothes.

Q.   Night clothes?

A.   Um-hum.

Q.   Was it a nightgown like a dress or were

they pajamas?

A.   I don't remember.  It's been a while.

Q.   **After you fell down, were you able to stand up by yourself or did you need help?**

A.   My friend helped me up and then I went back into bed.

Q.   **What's the name of your friend?**

A.   Olivia Buckmon.

Q.   **Were you two traveling alone or were you traveling with any other persons?**

A.   We had other parties in my birthday group that was in my hotel.

Q.   **What were their names?**

A.   Berthina Washington.

Q.   **Regina?**

A.   Berthina --

Q.   **Berthina.**

A.   -- Washington.  Phyllis Meeks, Mr. and Mrs. Davis -- I mean, Smith.  Their last name is Smith.  Sorry.

Q.   **Mr. and Mrs. what?**

A.   Smith.

Q.   **What are their first names?**

A.   Roselyn Smith and Onslow Smith.

Q.   **And what is the second?**

A.   Onslow.

Q.   **How do you spell that?**

A.   I don't know how to spell his name.

Q.   **They were staying in other rooms?**

A.   Um-hum.

Q.   **"Um-hum" is "yes"?**

MR. FERNÁNDEZ:  Yes or no?

DEPONENT:  Yes.

BY MR. MÁRMOL:

Q.   **When the person came -- you called the security person first, right?**

A.   I think maintenance and security person. Yes.

Q.   **The person of maintenance checked the refrigerator at the moment?**

A.   Yes.

Q.   **Did you see if he made any repairs to the refrigerator at the moment?**

A.   He pulled it out of the wall and was looking in the back.  And then he said it was malfunctioning and that it couldn't be replaced -- or they had to replace it.

Q.   **Did they take it out at the moment?**

A.   Not at that moment.

Q.   **Did they take the refrigerator out at any**

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 22

moment during your stay?

A.    Repeat.

Q.    Did they take the refrigerator out of the room at any moment during your stay?

A.    I think so.  I don't know.

Q.    At any moment did you see that they changed the refrigerator?

A.    No.

Q.    At any moment did you see that they had -- the spot where the refrigerator was was empty because they took the one that was --

A.    I don't remember.

Q.    At that moment were you hurt on any part of your body?

A.    Initially I was hurting somewhat, but not at that moment.

Q.    And where were you hurt somewhat?

A.    It was like my lower back started after a few hours into the next several days.

Q.    Was that your first day in Puerto Rico during that trip?

A.    That was my first full day.  I think we got in the day before.  That was my birthday morning.

Q.    And until when did you stay at the hotel?

A.   Repeat.

Q.   **How long did you stay at the hotel?**

A.   About four days.

Q.   **The 8th, 9th?**

A.   I returned to Atlanta on the 8th.

Q.   **Did you stay at any other hotel while you stayed in Puerto Rico?**

A.   No.

Q.   **So your full stay was at the Condado Plaza.**

A.   Yes.

Q.   **On that birthday day, what did you do after receiving -- after the security person went to your room and the maintenance person went to your room?**

A.   They brought me an ice pack so I stayed in the room a while with the icepack on my back. Took some pain relievers and finally went down and met with the other guests that were with us.

Q.   **So when you met with them, what did you do?**

A.   I think we had breakfast.  I can't -- it's been a while.  I can't remember.

Q.   **What other activities do you remember doing that day?**

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 24

A.   None.

Q.   **And the next day?**

A.   We rented a car one day and drove a little while, but no activities at all.  I mean, at the beach we laid out in the sun.

Q.   **At the beach in the same hotel or another beach in Puerto Rico?**

A.   No.

At the same hotel.

Q.   **During that trip, did you visit Old San Juan?**

A.   Did I go to Old San Juan?

Q.   **Yes.**

A.   For a short time.

Q.   **During that visit, did you visit El Yunque?**

A.   Say that again.

Q.   **El Yunque.**

A.   Repeat.

Q.   **El Yunque.  Did you visit El Yunque during that trip?**

A.   I'm not understanding.

MR. FERNÁNDEZ:  The rainforest.

BY MR. MÁRMOL:

Q.   **The rainforest El Yunque.**

A. No.

Q. Did you visit any rivers or any other area in Puerto Rico during that trip?

A. No.

Q. Just Old San Juan and Condado Plaza?

A. Um-hum.

Q. "Um-hum" is "yes?"

A. Yes.

Q. Did you take any pictures of that trip?

A. Maybe one or two. I don't take a lot of pictures often.

Q. Did the persons in your party, including the ones that didn't stay in the same room with you, take pictures during that trip?

A. I think they did.

Q. Could you ask for those pictures and provide them to your attorney so he can provide them to us?

A. I can check with them.

Q. What else did you do during that trip? Did you eat in restaurants? Did you visit any museums?

A. No.

We went out to eat one evening and we didn't do anything at all.

Q.   At any moment during that trip did you go to a hospital or to a clinic?

A.   No.

Q.   Why not?

A.   I wasn't sure if my insurance was going to cover me here.  Also, I felt uncomfortable and wanted to go back and see my own doctor in the States.

Q.   And what doctor is that?

A.   I went to see the Spine Clinic for my back.  Also, because I wasn't sure if I was going to a chiropractor or the Spine Clinic, so I ended up going to the Spine Clinic.

Q.   You used to go to a chiropractor before your trip to Puerto Rico?

A.   Repeat.

Q.   Have you ever been to the chiropractor before your trip to Puerto Rico?

A.   I have.

Q.   The same chiropractor, doctor --

A.   Yes.

But I've been going to him for a while.

Q.   How long have you been going to him?

A.   At least six years.

Q.   At least six years since today or since

six years before your trip to Puerto Rico?

A.   Before Puerto Rico.

Q.   So the accident was in 2015, that means that you have been going to him approximately for eight years?

A.   Approximately.

Q.   And why do you go to him, to treat what conditions?

A.   Several years ago, 30 or 35 years ago, I was in an accident and I injured my shoulder, my left shoulder.  So, basically shoulders.  So a lot of times I go to him for relief of pain in my shoulder or my neck.

Q.   Does he see you for anything for your back?

A.   I can't remember if he did.

Q.   So the first time you went to get medical attention after the accident in Puerto Rico was when you went back to the States?

A.   Yes.

Q.   And you went back to the States on October 8?

A.   Correct.

Q.   The first facility is Peachtree Spine.

A.   Correct.

Q.    And the information we have is that it was on the 13th.

A.    Repeat.

Q.    On October 13 is the first time you visited Peachtree?

A.    I'm not quite understanding what you're saying.

Q.    Your first visit to Peachtree was on October the 13th or did you go before that?

A.    I've never been to them before, but I can't remember the date per se.

Q.    It was not right away when you went to the States on October 8.

A.    Repeat.

Q.    It was not on October the 8, the date you remember returning to the States.  You returned to the States on October 8, correct?

A.    Correct.

Q.    On that day, did you visit any medical facilities?

A.    No.

Q.    And the first one you visited was Peachtree.

A.    Correct.

Q.    From the records that have been produced

we have that the first visit you made to Peachtree was on October 13.  Do you remember if that was the date or do you think you went before that date?

A.   I don't remember the actual date per se. I just don't remember the date.

Q.   At the moment, what were your complaints?

A.   My lower back was really hurting and it was just really bothering me a lot.

Q.   And what was the treatment they gave?

A.   I initially saw Dr. Jones.  He was examining me and gave me some pain medication and eventually they decided that I would need my first round of epidural.

Q.   And when you visited them, did they make X-rays or any other studies?

A.   They did.

Q.   What did they do?

A.   What day?

Q.   What did they do, X-rays or did they put an MRI at that moment or a CT scan?

A.   X-rays first and then they did an MRI.

Q.   Did you respond well to the medicines?

A.   No.

Q.   You then went back to the chiropractor?

A.   Not at that time.

Q.   What is Physiotherapy Offices?  Is that a physical therapist?

A.   Repeat.

Q.   Physiotherapy Office, are they physical therapists?

A.   I'm not understanding what you're saying.

Q.   We have a record from you from Peachtree Spine.  And we have a record from a place called Physiotherapy Offices.  Are those the physical --

A.   Physical therapy.  Yes.

Q.   Besides those two places -- you received treatment at Physiotherapy Offices, correct?

A.   Right.

Q.   The only treatment you received there was physical therapy, correct?

A.   Repeat the question.  I'm sorry.  I'm not understanding what you're asking me.

Q.   Did you receive any other treatment besides physical therapy at that place?

A.   At Peachtree Spine?

Q.   At Physiotherapy Offices.

A.   Just physical therapy at that location.

Q.   And what area of your body were you

receiving physical therapy?

A.   What part of my body?

Q.   Yes.

A.   Legs, lower back, basically.

Q.   No shoulders?

A.   Not that I can remember.

Q.   How many times have you been to Peachtree Spine?

A.   I can't remember the amount of times...

Q.   From the records we have been provided the last time you visited them was on May 2016. As far as you remember, is that about the last time you visited or have you visited after that?

A.   I visited them one other time at another location some time in 2016.  One other time.

Q.   After May?

A.   Yes.

Q.   What location was that?

A.   They have -- it was one of their other locations near Northside Hospital.  I can't remember the address, but it's on that vicinity. It's like on different sides.

Q.   Where did you say?

A.   Near -- I can just say near Northside Hospital.  They have a location there that I

went to.

Q.    And why did you visit that facility?

A.    I was still having issues with my back, lower back, and wanted to find out what I needed to do and that's why I went there.

Q.    But why did you not visit the usual facility that you have visited?

A.    Why I didn't go to the other place?

Q.    Yes.

A.    Because after I took the second epidural I started to get sick.  I went back to the doctor that was attending me, Dr. Jones, and stated that I wasn't feeling well after the second epidural.  I went back, I think, twice. But he felt like -- he just kind of brushed it off, like it had nothing to do with the injection.  But I was just sick immediately after I took the second epidural.  So I just requested a different doctor at their facilities.

Q.    And that other facility you have been one time only?

A.    Um-hum.

MR. FERNÁNDEZ:  Yes?

DEPONENT:  Yes.

BY MR. MÁRMOL:

Q.    So at Peachtree the treatment has been limited to injections and prescription of medicines?

A.    Yes.

Q.    Have they recommended any another course of action?

A.    They did.  It was another procedure when I went to see the second doctor, that they recommended to do -- I didn't bring it with me. I can't remember what that procedure was.

Q.    Was it a surgical procedure or was it some kind of exercise or something else?

A.    No.  It wasn't exercise.

It was a procedure that they possibly were recommending or either do a third epidural.

Q.    Have they ever recommended surgery to you?

A.    Possibility.

Q.    What is their diagnosis?  What do they say you have on your lower back?

A.    Per Dr. Jones, I was told that I had a herniated disk.

Q.    And that was before or after he saw the MRI?

A. After he saw the MRI.

Q. Did he tell you there were degenerate changes in your back?

A. Repeat.

Q. Did he tell you that there were degenerative changes in your back?

A. I'm not understanding what you're saying.

Q. What?

A. I'm not understanding your question.

Q. Did he tell you that you have degenerative changes in your back?

A. I don't remember.

Q. Did he tell you that you have a cyst in your back?

A. I don't remember.

Q. When he told you about the herniated disk, did he explain to you how the herniated disk works -- what is a herniated disk?

A. Repeat that.

Q. Did he explain to you what is a herniated disk? Did your doctor, Dr. Jones, explain to you what is a herniated disk?

A. He did.

Q. And what did he tell you?

A. I don't remember. It's been a while. I

just kind of sprained it.  I just don't remember.

Q.    Do you remember the name of the doctor that you began to see after Dr. Jones?

A.    I don't.

Q.    At the first Peachtree facility that you visited, all the time you were with Dr. Jones or did you see another doctor at that facility?

A.    Just Dr. Jones.

Q.    Just Dr. Jones.

And this alternative treatment that you explained to us, that you don't remember but you say that they told you, was it Dr. Jones too or was it another doctor?

A.    It was the other doctor.

Q.    This was a female or male doctor?

A.    Male doctor.

Q.    And you visited that other Peachtree facility on 2016?

A.    Repeat.

Q.    The other Peachtree facility you visited it in 2016?

A.    Yes.

Q.    You didn't visit it in 2017 at any moment?

A.   No.

Q.   At the Physiotherapy Offices, the physical therapies, we have that your first visit to them was on October 16, 2015.

A.   Physical therapy?

Q.   Yes.

Just three days after visiting Peachtree.  And the last visit you had according to the records we have is in January 2016, January 25.

A.   Yes.

Q.   Did you visit them after that?

A.   No.

Q.   The chiropractic clinic -- that is for Dr. Sieradzki or --

A.   What is the question?

Q.   We have that you visited an office called Chiropractic Clinic at Snellville.

A.   Yes.

Q.   That's where Dr. Sieradzki is?

A.   Yes.

Q.   The records we have say that the first time you visited them after the accident was on October 17, 2015.

A.   I can't remember the exact day.

Q.   So if that is what the record says, it

should be correct?

A.    Yes.

Q.    And the last visit we have, as the record produced, is in January 27, 2017.  Have you visited them after that?

A.    Yes.  I'm still seeing them.

Q.    He only gave you the adjustment -- the treatment that the chiropractic -- they don't prescribe you anything.

A.    No.

Q.    Has he referred you to another physician because he believes you need further attention?

A.    No.

Q.    When you go to his offices, it's always the same doctor that gives you the chiropractic services?

A.    Yes.

Q.    Or does he have any other people giving you services?

A.    He's the only one.

Q.    And what does your treatment with him entail?  What does he do?

A.    Usually when I come in he asks me why I'm there and then he kind of looks at me and then he starts the adjustment he thinks I need.

Q.   Does he put you on a bed, or something like that, and make you --

A.   On a flat table, those tables they have. Then he starts to make his adjustments.

Q.   Does he give you any electric patches or cold therapy or laser therapy or anything like that?

A.   He has a -- yes -- a machine that kind of -- I'm not sure what you call it.  It's kind of like run over the areas of your back.  I'm not sure what it's called.

Q.   Does it give you something kind of like a massage or something --

A.   Yes.  Um-hum.

Q.   And is that performed in all your back or only in a particular area of your back?

A.   Basically it depends on what I'm there for, like my back and a lot of times my shoulder.  Because, like I said, this shoulder really bothers me.  And sometimes if I'm having problems -- I started having problems with my knees and then he adjusts the area a certain way in order to alleviate some of the pain.

Q.   You did not hurt your knee in your fall at the Condado Plaza.

A.   Repeat that.

Q.   **You did not hurt your knee at the hotel.**

A.   Not that I can remember.

Q.   **So when you received treatment for your knees it's regarding a condition that you developed independently of the Condado Plaza accident.**

A.   Repeat that.

Q.   **The condition you have in your knees does not have anything to do with the accident.**

A.   I thought they did because it's where the pain started, in both knees in the same time in the same exact spot.  I go to an orthopedic surgeon with Resurgens.  I do get injections in my knees every two months.  The chiropractor and I talked about -- when he adjusts me a certain way -- because actually, with the fall or with the herniated disk, he thinks that possibly it has something to do with the knees when he adjusts my back to relieve that pressure that's in my knees and running down my legs sometimes.

Q.   **You mentioned Resurgens.  The records we have for Resurgens have you going there for the first time on June 27, 2017.  Have you ever been at Resurgens before that?**

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 40

A.   Not -- well, yes.  For my left knee years ago.

Q.   And you received treatment with Dr. Hanna years ago for your left knee, correct?

A.   Correct.

Q.   And when you visited on June 27, 2016 the complaint was that you had right knee pain, correct?

A.   What type of pain?

Q.   Right knee pain.

A.   Right.

Q.   And they say that you stated that you were out of town in vacation in Maryland visiting some relative and you walked like seven miles.  And that's where your knee pain began.  Do you remember telling that to Resurgens?

A.   I could've been.  Yes.

Q.   At that moment was that you began visiting Resurgens, correct?

A.   Correct.

Q.   Did they tell you that you have osteoarthritis in your knees?

A.   Repeat.

Q.   Did they tell you that you have osteoarthritis in your knees?

A.    They did.

Q.    There's a note from July 21, 2016 in which they say they offered you some form of rehabilitation but that you refused it.

A.    They offered me -- what was it?

Q.    A form of rehabilitation but that you refused.  Says "rehabilitation plan."  Do you remember that?

A.    I'm not sure what you're -- formal...?

Q.    Rehabilitation.

A rehabilitation plan.  They offered you some -- I don't know if it was exercise or something, but that's what the note says.

A.    I don't remember.

Q.    At Resurgens you are receiving injections, correct?

A.    Correct.

Q.    You have also visited -- from the records we see that you visited DeKalb Medical.

A.    Repeat.

Q.    DeKalb.  D-e-k-a-l-b.  But that is for --

A.    DeKalb Medical.

Q.    Yes.

A.    Right.

What was the question in reference to DeKalb

Medical?

Q.   You visited them for something, correct?

A.   I started bleeding out at work.

Q.   And you visited them for that condition. It was a kidney condition, correct?

A.   Pardon?

Q.   It was a kidney condition.

A.   No.

Q.   What was it?

A.   They don't know.

Q.   They don't know?

A.   They did a lot of tests.  I started to lose a lot of blood at work.  And my hemoglobin had gotten down really low and they couldn't get it back up.  This was after the second injection and they put me in the hospital.  And I ended up having a blood transfusion.

Q.   You said "second injection."  That's the second epidural injection?

A.   Yes.

Q.   That's when you changed from the first Peachtree to the other Peachtree because he did not respond to your inquiry.

A.   Correct.  After I had gone back.

Q.   What were the medications you took while

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

you were here in Puerto Rico?

A.   What medications?

Q.   **Yes.**

A.   I don't remember.

Q.   **Was it over the counter?**

A.   Yes.

Q.   **Panadol?  Tylenol?  Something like that? Acetaminophen?**

A.   Pardon?

Q.   **Acetaminophen?  Panadol?  Tylenol?**

A.   I don't remember what it was.

MR. MÁRMOL:  David, we will need the records from the chiropractor, the full record.  The ones that she -- after.

MR. FERNÁNDEZ:  We are in the process of requesting the whole record from the chiropractor.

MR. MÁRMOL:  Okay.

BY MR. MÁRMOL:

Q.   **What are the damages that you are claiming for this case?**

A.   I am not able to do a lot of things in my daily life.  Like walking, sitting, riding in cars, sweeping, vacuuming.  It bothers my sleep. I can't wear certain shoes.  It's a lot of pain

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 44

once I start cleaning my house.  Taking out garbage.  Picking packages or groceries from the car without being in pain constantly.  Sitting at work; I have to get up from my desk and stand while I'm working because the job is sitting down.  Constant pain; it hurts every month.

**Q.    Additional to the medical facilities we have mentioned, have you visited any other medical facilities regarding your injuries?**

A.    Repeat.

**Q.    Additional to the facilities, to the medical facilities we mentioned, Peachtree, DeKalb, the chiropractor, have you visited any other medical facilities regarding your injuries?**

A.    I have gotten acupuncture trying to get relief.

**Q.    Where?**

A.    It's in Snellville, Georgia.  I'm not sure.  The name is in the packet.

**Q.    Anywhere else?**

A.    That's it.

**Q.    How many times have you been to the acupuncture?**

A.    Maybe three.

Q.   When was the first time you went?

A.   I don't remember the exact date.

Q.   When was the last time you went?

A.   I don't remember the last time.

Q.   Do you remember if it was in 2017?

A.   '17?

'16.

Q.   Acupuncture and Oriental Healthcare, this sounds correct?

A.   Repeat.

Q.   Acupuncture and Oriental Healthcare.

A.   Yes.

Q.   Have you visited any psychiatrist?

A.   No.

Q.   Have you visited any psychologist?

A.   No.

Q.   Any counselors?

A.   No.

Q.   At your job at the Treasury Department, how many days a year do you have of paid vacation?

A.   They don't give you a set amount of days. You have to kind of build it with your pay periods.

Q.   How many do you usually accumulate?  Or

how do you accumulate those days?  For example, eight full hours that you make, how much?

A.    For vacation each pay period, I think this is what you're asking, you get six hours per paid period.

Q.    And as to sick leave days, how do --

A.    Four hours per paid period.

Q.    Did you use any of your sick leave or vacation leave?

A.    All of my sick leave is gone.

Q.    What?

A.    I said all of my sick leave has been utilized.

Q.    How many days did you have at the time of the accident?

A.    I don't remember how many I had at the time of the accident.

Q.    Did they give you a paystub or -- did they give you like some kind of statement of the days you have accumulated for sick leave and vacation?

A.    You can pull those off the system.

Q.    Okay.

A.    Can get it from my lead or get them to show me how to try and retrieve that info.

DEPOSITION OF   ROSALIND VANESSA PRESSLEY

Q.   And you can retrieve them for a particular date in specific?  For example, can you retrieve for October 2015 how many you had?

A.   I think we should go back and retrieve that.

Q.   That you should?  That you can?

A.   Yes.

Q.   Well, let's do so.  Please try to get how many days you had at the time of the accident and how many days you currently have.

For taking the sick pay, did you have to fill out some form or do a request to your supervisor?

A.   Yes.

Q.   We would also like you to provide those with any form or any statement you had filled to take sick days after the accident.

A.   Okay.  Yes.

Q.   What other damages did you suffer due to this accident?

A.   Mostly the disk in my back.  That's basically the damage.  I'm not sure how that affects my knees.  Basically there's a possibility there.

Q.   To the security officer that went to your

room you did not ask him for medical attention or anything like that.

A.    Repeat.

Q.    You did not ask from the hotel personal medical attention, correct?  After the fall you did not ask the security officer to get you an ambulance or to bring you the paramedics.

A.    No.

Q.    And you didn't call the hotel personnel later to ask them for a paramedic or a medical personnel.

A.    Repeat.

Q.    And you did not ask during your stay, you did not call the hotel to say "I'm hurting more. Please call the medics or the paramedics."

A.    They were called immediately there.  So they touched base with me every day just to know, or either with Olivia.

Q.    And you did not say, "Well, please have them over -- please get a paramedic."  You did not ask them -- they touched base.  You did not ask them to get you medical attention.

A.    A maid?

Q.    You did not ask them for medical attention.

A.   No, because I wanted to get medical attention when I got home.

Q.   **Did you change in any way your plans for the trip?**

A.   No.

MR. FERNÁNDEZ:   What was the question again?

MR. MÁRMOL:   If she changed her plans for the trip.

MR. FERNÁNDEZ:   For which trip?

MR. MÁRMOL:   For the trip in which she had the accident.

MR. FERNÁNDEZ:   You mean her trip to Puerto Rico?

MR. MÁRMOL:   Yes.

BY MR. MÁRMOL:

Q.   **Besides the activities that you just told us that you cannot -- you have difficulty performing, is there anything else you cannot do due to the conditions in your back?**

A.   I can't work out the way that I used to. I can't walk like I used to walk.  I can't do that at all.  I can't wear certain types of shoes anymore.

Q.   **What kind of shoes you cannot use?**

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

A.   Like heels or anything like that.  I can't wear those.  I have problems going up and down stairs really bad.  I have problems sleeping at night, getting up in the morning or getting in or out of some vehicles.  Mostly like walking, like I said, walking some distance.  I can't walk, period.  Or lifting anything, I can't do that either.

Q.   **Did you used to go to the gym?**

A.   Yes.

Q.   **What exercises did you do in the gym?**

A.   Now I do water aerobics because it's lower impact on the body.  I take a lot of water classes because of my lower back and my knees. Before I took aerobics or some of the heavy duty classes.  I can't do those anymore.  But I'm in the water quite a bit because of this.

MR. MÁRMOL:  I have no further questions.  I have made certain requests.

MR. FERNÁNDEZ:  We have been taking notes.

For the record, attorney David Fernández.

EXAMINATION

Q.   **I just want to be very clear.  That's why**

I wanted clarification regarding what you had planned during your first trip to Puerto Rico. I want to make sure that you answered brother counsel's question correctly.  You said -- his question was that -- and please --

MR. MÁRMOL:  Your plans for the trip.

MR. FERNÁNDEZ:  If what?

MR. MÁRMOL:  If she changed her plans for the trip.

BY MR. FERNÁNDEZ:

Q.   If you changed your plans for the trip. I just want to clarify when he asked that if you understood that question.  And I'm going to make it again so you can answer that question.

He's asking you if you changed your plans that you had for that trip.

A.   The activities?

Q.   Yes.

A.   Yes.  I did.

I wasn't able to do any of the activities that I had planned for this big trip.

Q.   But it's confusing to me because you answered to brother counsel's question that no, that you did not change plans.  But I want you to clarify.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 52

MR. MÁRMOL:  Okay.  You're being leading right now.

MR. FERNÁNDEZ:  No.  No.  Because she just answered that it was changed.

MR. MÁRMOL:  Okay.  But let her respond.

DEPONENT:  The way that I thought he was asking the question was if I changed my plan in regards to maybe traveling back home.  That's the way I took that question.  Not in reference to the activities that I wanted to do here while I was on vacation.

BY MR. FERNÁNDEZ:

Q.   Now I ask you if in any way your vacation plans of the activities that you were going to do in Puerto Rico while you were here were changed in any way?

A.   Yes.

Q.   Please explain.

A.   We had planned to go to some of the sites.  The rainforest, visit some of the museums, or just kind of out and about in the city and do a lot of other stuff.  But because of the pain I wasn't able to do it.

MR. FERNÁNDEZ:  No other questions.

                          EXAMINATION

BY MR. MÁRMOL:

   Q.    Do you have Facebook page?

   A.    Repeat.

   Q.    Do you have Facebook?

   A.    Yes.

   Q.    Is that a comment you posted on Facebook?
This one.

   A.    Okay.

   Is that my page?  Yes.

   Q.    Is that your page?

   A.    Yes.

   Q.    Is that a comment you posted?

   A.    Yes.

   Q.    Can you read the date of that post?

   A.    October 8, 2015.

   Q.    Can you read the post?

   A.    "Sitting on my hotel balcony looking over
the water, the city and the people rowing in the
morning and late evening.  This has been most
enjoyable and relaxing.  Will truly miss."

   Q.    You wrote that.

   A.    I did.

        MR. MÁRMOL:  No further questions.

        Any further questions?

MR. FERNÁNDEZ:  Yes.  Yes.  That's why I was looking for the documents.  I have probably one more question.

EXAMINATION

BY MR. FERNÁNDEZ:

Q.   To brother counsel's question you answered that you had an accident about 30 to 35 years ago and I'm going to your responses to interrogatories that were submitted by brother counsel for defendant Posadas of Puerto Rico Associates.  And I'm asking you right now -- and I'm referring to question number 11, that the question was, "For every hospital clinic you visited or were admitted after the October" -- this is not the question.  I'm sorry.

MR. MÁRMOL:  Are you in her answer to interrogatories?

MR. FERNÁNDEZ:  Yes.

BY MR. FERNÁNDEZ:

Q.   Number 8.  It wasn't number 11, it was number 8.  Number 8: "State whether prior to or since the date of your October 4, 2015 accident you have suffered any other bodily injury or illness that required the care of a doctor,

chiropractor, osteotherapist or other healthcare provider.  And if so, state when, where, and how you were injured, who cared for you and the address of where you received such care.  And describe in general the injuries suffered or, in the alternative, state when you were ill and describe the nature of the illness."

Now, your answer was: "After my last injection I was hospitalized at DeKalb Medical because I was bleeding and was required to receive blood transfusion, knee surgery, receiving injections on knees for several weeks."  And you mentioned some institutions that you visited.  For example, Peachtree Spine, admitted to DeKalb Medical, Resurgens Orthopedics, DeKalb Medical.

Now, my question is, as a result of that incident that you suffered 30 to 35 years ago, did you receive medical attention for it?

A.   The only medical attention that I stated that I was ill was due to the accident with my left shoulder because I was in a small car and, of course, I sit down low.  And this shoulder has been bothering me ever since.

MR. MÁRMOL:  And you said "this shoulder" and pointed to your left

shoulder.

DEPONENT:  Right.

It wasn't the left shoulder that I injured, it was the right.  But I had been getting medical treatment from the chiropractor because that left shoulder still bothers me.

BY MR. FERNÁNDEZ:

Q.    Can we understand that you're amending your answer to question number 8?

A.    Correct.

Q.    And following that same line, I ask you, from question number 18 of the interrogatories, where it says: "State whether you have ever filed any other suit for personal or bodily injuries to yourself.  And if so, state the court in which it was filed, the year filed, the title and docket number of said case, and the final outcome of that case."

I ask you, did you or did you not file a suit for that accident 35 years ago?

A.    Okay.

Yes.  I need to amend that particular question because I was in an accident 30 or 35 years ago. And that's when I injured this shoulder.

MR. MÁRMOL:  The left shoulder.

DEPONENT:  The left shoulder.

BY MR. FERNÁNDEZ:

Q.   So you're amending your answer to question number 18.

A.   Correct.

MR. MÁRMOL:  That was a car accident?

DEPONENT:  Yes.

MR. MÁRMOL:  Additional to that car accident -- I'm sorry.  Had you finished?

BY MR. FERNÁNDEZ:

Q.   I was going to ask you, do you recall the number of the case?

A.   No.  I don't know the number.

Q.   Do you remember the court that that case was filed before?

A.   No.  I don't remember.

Q.   But, was it in Georgia?

A.   It was in Georgia.

EXAMINATION

BY MR. MÁRMOL:

Q.   Besides that car accident, have you ever been involved in any other car accidents?

A.   Not that I can remember.

Q.   After October 4, 2015 until this day,

have you suffered any other falls?

A.    No.

Q.    Have you suffered any other accidents?

A.    No.

MR. MÁRMOL:  No further questions.

MR. FERNÁNDEZ:  No more questions for me.

COURT REPORTER:  Off the record.

(Whereupon, a brief recess transpires).

MR. FERNÁNDEZ:  Before ending the deposition we want to officially produce some of the documents that were requested through the notice of deposition by counsel Héctor Mármol.  One of them is a copy of the SkyMall card from Rosalind Pressley from Delta Airlines.  We are also producing -- I don't know if you want to mark it as an exhibit, we are just describing the documents that were --

MR. MÁRMOL:  No, no.  Not mark them -- but, okay.

MR. FERNÁNDEZ:  And we are producing the requested US Individual Income Tax Returns from 2011 until 2016?

DEPONENT:  I think one year is missing.  I couldn't find --

MR. FERNÁNDEZ:  You couldn't find one of the years.  Which year was it?  I see 2011 --

DEPONENT:  I think it was '12 that I couldn't find.

MR. FERNÁNDEZ:  '12 you couldn't find. 2013, 2014, 2015, and 2016.

The next one is --

DEPONENT:  The security deed.

MR. FERNÁNDEZ:  Security deed?

The security deed of your --

DEPONENT:  Property.

MR. FERNÁNDEZ:  -- of your property.

This is a copy.  We have the original if you want to see it.  They were requested as part of the notice.

MR. MÁRMOL:  Thank you very much.

MR. FERNÁNDEZ:  We may finish.

COURT REPORTER:  Off the record.

(Whereupon the deposition concludes at 11:30 a.m.)

DEPOSITION OF   ROSALIND VANESSA PRESSLEY

DEPONENT'S CERTIFICATE

I, ROSALIND VANESSA PRESSLEY, after reading the within transcription prepared by Verbatim Reporting Puerto Rico, LLC, certify that (yes) _____ *(no) _____ I am in agreement with the contents of same.

In _____, Puerto Rico, the _____ day of _____, 2018.

_____

ROSALIND VANESSA PRESSLEY

*NOTE:  If the deponent is not in agreement with any portions of the transcription, he must utilize the enclosed Errata Sheet by indicating the page and line number and indicated correction.

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 61

ERRATA SHEET


I, ROSALIND VANESSA PRESSLEY, certify that I have
read the foregoing transcript of my deposition taken
on March 23, 2018, and have signed it subject to the
following changes, if any:


PAGE   LINE        CORRECTION
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____
____  _____   _____



_____    _____
ROSALIND VANESSA PRESSLEY,
                                        DATE
Sworn and subscribed to on this _____ day of

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Page 62

_____, 2018.

CERTIFICATE OF NOTARY PUBLIC


I, MR. HÉCTOR MÁRMOL LANTIGUA, Notary Public duly commissioned and qualified in and for the Commonwealth of Puerto Rico, DO HEREBY CERTIFY that the court reporter and deponent were duly sworn before the commencement of the taking of the deponent's testimony. IN WITNESS WHEREOF I sign these presents and affix my notarial seal in San Juan, Puerto Rico, this

_____ day of _____, 2018.


_____

MR. HÉCTOR MÁRMOL LANTIGUA

REPORTER'S CERTIFICATE

I, ANDREA CAMILO PASTRANA, E.R. Reporter, do hereby certify that the following transcript is a full, true and correct record transcribed by me.

I further certify that I am not interested in the outcome of the case named in said caption.

_____

ANDREA CAMILO PASTRANA

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

### 1

**10/4/55** 6:15

**11** 54:12,21

**11:30** 59:23

**12** 59:6,8

**13** 28:4 29:2

**13th** 28:2,9

**14** 10:2

**15** 10:2

**16** 10:2 36:4 45:7

**16-2718** 4:10

**17** 36:23 45:6

**18** 56:13 57:5

### 2

**2011** 58:25 59:5

**2013** 59:9

**2014** 59:9

**2015** 27:3 36:4,23 47:3 53:16 54:23 57:25 59:9

**2016** 31:11,15 35:19,22 36:9 40:6 41:2 58:25 59:9

**2017** 35:24 37:4 39:24 45:5

**2018** 4:2

**21** 41:2

**23** 4:2

**25** 36:9

**27** 37:4 39:24 40:6

### 3

**30** 5:6 27:9 54:7 55:17 56:24

**35** 27:9 54:7 55:17 56:21,24

### 4

**4** 54:23 57:25

### 6

**60th** 14:19 15:3

### 8

**8** 27:22 28:13,15,17 53:16 54:21,22 56:10

**8th** 23:4,5

### 9

**9th** 23:4

### A

**a.m.** 59:23

**abilities** 5:18

**accident** 14:17 27:3, 10,18 36:22 39:7,10 46:15,17 47:9,17,20 49:12 54:7,23 55:20 56:21,24 57:7,10,22

**accidents** 12:2 57:23 58:3

**accumulate** 45:25 46:1

**accumulated** 46:20

**Acetaminophen** 43:8, 10

**action** 33:7

**activities** 23:24 24:4 49:17 51:17,20 52:11, 15

**actual** 29:5

**acupuncture** 44:16,24 45:8,11

**Additional** 44:7,11 57:9

**address** 7:14,16 31:21 55:4

**adjustment** 37:7,25

**adjustments** 38:4

**adjusts** 38:22 39:16,20

**admitted** 54:14 55:14

**aerobics** 50:12,15

**affects** 47:23

**age** 7:12

**Airlines** 58:17

**alleviate** 38:23

**alternative** 35:11 55:6

**ambulance** 48:7

**amend** 56:23

**amending** 56:9 57:4

**amount** 31:9 45:22

**Andrea** 4:21

**ankles** 17:19

**anymore** 49:24 50:16

**apartment** 7:24 8:1

**approximately** 10:5 27:4,6

**area** 13:21,22 14:2 18:12 25:3 30:25 38:16,22

**areas** 12:20 38:10

**arms** 12:22,24,25 13:3

**arrive** 10:13,16,18

**asks** 37:23

**Associates** 4:10 54:11

**Atlanta** 23:5

**attending** 32:12

**attention** 12:1 27:18 37:12 48:1,5,22,25 49:2 55:18,19

**attorney** 4:16,24 5:5 11:2,3 25:17 50:22

### B

**back** 10:9 12:22,23,25 13:2,3,20,25 14:2 15:1 18:6 20:6 21:20 22:18 23:17 26:7,11 27:15, 19,21 29:8,25 31:4 32:3,4,11,14 33:21 34:3,6,11,14 38:10,15, 16,18 39:20 42:15,24 47:4,21 49:20 50:14 52:9

**bad** 50:3

**balcony** 53:18

**base** 48:17,21

**basically** 8:23 12:3,6 13:4 15:7 27:11 31:4 38:17 47:22,23

**beach** 24:5,6,7

**bed** 15:8,14,18,20,21 18:4,6 20:6 38:1

**began** 35:4 40:15,18

**begin** 4:15

**behalf** 4:17

**believes** 37:12

**bend** 13:7

**Berthina** 20:14,16,17

**big** 18:16 51:21

**birth** 6:14

**birthday** 14:19 15:4 20:11 22:23 23:12

**bit** 50:17

**bleeding** 42:3 55:10

**blood** 42:13,17 55:10

**bodily** 54:24 56:15

**body** 12:20 16:7 17:16 22:14 30:25 31:2 50:13

**bothering** 29:9 55:23

**bothers** 38:20 43:24 56:7

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Index: breakfast–disk

**breakfast** 23:22

**bring** 33:10 48:7

**brother** 51:3,23 54:6,9

**brought** 12:8 23:16

**brushed** 32:15

**Buckmon** 20:8

**build** 45:23

**butt** 15:10 16:9,10 17:3,10

**C**

**call** 9:3 38:9 48:9,14,15

**called** 18:7 21:10 30:9 36:16 38:11 48:16

**calling** 18:3

**Camilo** 4:21

**can't** 10:1 23:23 28:11 31:20 33:11 36:24 43:25 49:21,22,23 50:2,7,8,16

**car** 24:3 44:3 55:21 57:7,9,22,23

**card** 58:16

**care** 54:25 55:4

**cared** 55:3

**cars** 43:24

**case** 4:9,11 43:21 56:18,19 57:13,15

**Castro** 11:9

**caused** 18:8

**change** 49:3 51:24

**changed** 22:7 42:21 49:8 51:8,11,15 52:4,8, 17

**check** 25:19

**checked** 21:14

**chiropractic** 36:13,17 37:8,15

**chiropractor** 12:10, 12,15,17 26:12,14,17, 20 29:25 39:15 43:13, 17 44:13 55:1 56:6

**city** 52:23 53:19

**civil** 6:16,18

**claiming** 43:21

**clarification** 51:1

**clarify** 51:12,25

**classes** 50:14,16

**cleaning** 44:1

**clear** 50:25

**client** 5:5

**clients** 8:24

**clinic** 26:2,10,12,13 36:13,17 54:13

**closet** 15:7,9,11,12,15, 24 16:1,6,22,23,25 17:1,11

**clothes** 19:22,23

**cold** 38:6

**column** 13:23

**comment** 53:7,13

**complaint** 40:7

**complaints** 29:7

**computer** 14:13

**concludes** 59:22

**Condado** 23:9 25:5 38:25 39:6

**condition** 39:5,9 42:4, 5,7

**conditions** 27:8 49:20

**confusing** 51:22

**consciousness** 17:25

**Constant** 44:6

**constantly** 44:3

**contact** 8:15,16,17,18, 21

**copy** 5:4 58:15 59:16

**correct** 5:13,14 27:23, 25 28:17,18,24 30:14, 17 37:1 40:4,5,8,19,20 41:16,17 42:2,5,24 45:9 48:5 56:11 57:6

**correction** 5:7

**correctly** 51:4

**couldn't** 18:15 21:21 59:2,3,7,8

**could've** 40:17

**counsel** 5:13 54:10 58:14

**counselors** 45:17

**counsel's** 51:4,23 54:6

**counter** 43:5

**court** 4:5,12,21,22 5:2, 16,19 14:25 17:5,7 19:7 56:17 57:15 58:8 59:21

**cover** 26:6

**CT** 29:21

**current** 6:16,18 7:14, 16 8:7,9

**cyst** 34:13

**D**

**D-A-V-I-S** 7:10

**D-E-K-A-L-B** 41:21

**daily** 43:23

**damage** 47:22

**damages** 43:20 47:19

**date** 5:10 6:14 28:11, 15 29:3,4,5,6 45:2 47:2 53:15 54:23

**daughter** 6:24

**daughters** 6:23

**David** 4:16 43:12 50:22

**Davis** 7:1,8,10 20:19

**day** 22:20,22,23 23:12, 25 24:2,3 28:19 29:19 36:24 48:17 57:25

**days** 5:6 22:19 23:3 36:7 45:20,22 46:1,6, 14,20 47:9,10,17

**de** 4:10,13

**decided** 29:13

**deed** 59:11,12,13

**defendant** 54:10

**degenerate** 34:2

**degenerative** 34:6,11

**Dekalb** 41:19,21,22,25 44:13 55:9,14,15

**Delta** 58:17

**Department** 8:10,12 45:19

**depends** 38:17

**Deponent** 4:20 5:20, 22 6:2 7:6 17:9 19:9 21:8 32:25 52:7 56:2 57:2,8 59:1,6,11,14

**deposition** 4:8 5:1,4 10:17 58:12,14 59:22

**describe** 11:18 18:17 55:5,7

**describing** 58:20

**desk** 44:4

**details** 12:4

**developed** 39:6

**diagnosis** 33:20

**didn't** 17:23 18:19 25:13,24 32:8 33:10 35:24 48:9

**difficulty** 49:18

**discussed** 4:24

**disk** 13:21,23 33:23 34:17,18,21,22 39:18 47:21

**distance** 50:6

**District** 4:12

**docket** 56:18

**doctor** 11:5,7 12:3,14 26:7,9,20 32:12,19 33:9 34:21 35:3,8,14, 15,16,17 37:15 54:25

**doctors** 12:5

**documents** 12:7 54:2 58:13,20

**don't** 11:8 25:10 29:6 35:1,5,12 37:8 42:10, 11 45:22

**dress** 19:25

**drove** 24:3

**due** 47:19 49:20 55:20

**duly** 6:8

**duties** 8:21

**duty** 50:15

**E**

**eat** 25:21,24

**El** 24:15,18,20,25

**electric** 38:5

**employee** 9:1

**employment** 8:7,9 9:5

**empty** 22:11

**end** 10:8

**ended** 26:13 42:16

**ending** 58:11

**enjoyable** 53:21

**entail** 37:22

**entailed** 11:16

**epidural** 29:14 32:10, 14,18 33:16 42:19

**Esteves** 4:17

**evaluated** 10:20,24

**evaluation** 11:11 12:19 14:10

**evening** 25:24 53:20

**eventually** 29:13

**exact** 36:24 39:13 45:2

**exam** 11:13

**examination** 6:10 11:16 50:24 53:1 54:4 57:20

**examine** 11:22 12:21 19:4

**examined** 6:9 13:1

**examining** 29:12

**exercise** 13:6 33:13,14 41:12

**exercises** 50:11

**exhibit** 58:19

**expert** 10:21,23

**explain** 11:15 34:17, 20,21 52:19

**explained** 35:12

**external** 8:24

**F**

**Facebook** 53:3,5,7

**facilities** 28:20 32:20 44:7,9,11,12,14

**facility** 27:24 32:2,7,21 35:6,8,19,21

**fact** 19:3

**fall** 11:24 12:4 18:8 38:24 39:17 48:5

**falls** 58:1

**familiar** 11:9

**family** 7:25

**farthest** 15:14,18

**feel** 19:15,18

**feeling** 32:13

**feet** 19:15,18

**fell** 15:9,10,23,25 16:1, 2,4,5,6,22 17:1,11 18:2,21 19:16,19 20:3

**felt** 26:6 32:15

**female** 35:16

**Fernández** 4:16,17,24 5:5,14 7:4 21:7 24:23 32:24 43:15 49:6,10,13 50:20,23 51:7,10 52:3, 13,25 54:1,5,19,20 56:8 57:3,11 58:6,11, 23 59:3,8,12,15,20

**file** 56:20

**filed** 56:15,17 57:16

**fill** 47:11

**filled** 47:16

**final** 56:19

**finally** 23:18

**find** 32:4 59:2,3,7,8

**finish** 59:20

**finished** 57:10

**flat** 38:3

**floor** 15:10,24 16:6,8, 25 17:3,10 18:9,18,20 19:3

**foot** 15:19

**form** 5:11 41:3,6 47:12, 16

**formal** 41:9

**Forty-four** 7:13

**forward** 13:7 15:25

**FRIDAY** 4:2

**friend** 20:5,7

**full** 5:21 6:12 9:17,23, 25 10:3,4 22:22 23:9 43:13 46:2

**full-time** 9:3,4

**furlough** 10:4

**furloughed** 9:7,9,12,

23 10:6,7

**G**

**garbage** 44:2

**gave** 29:10,12 37:7

**general** 55:5

**Georgia** 7:20 44:19 57:18,19

**gesture** 16:3

**give** 12:7,11,14 38:5,12 45:22 46:18,19

**giving** 37:18

**Good** 4:6

**groceries** 44:2

**group** 20:11

**guests** 23:19

**gym** 50:9,11

**H**

**hammer** 13:14

**hand** 5:16,21

**Hanna** 40:3

**happen** 14:18

**happened** 11:20,24 12:3 18:2

**hard** 15:10 16:2 17:1,4

**head** 13:8 17:13

**healthcare** 45:8,11 55:1

**heavy** 50:15

**heels** 50:1

**helped** 18:5 20:5

**hemoglobin** 42:13

**herniated** 33:23 34:16, 17,18,20,22 39:18

**He's** 37:20 51:15

**higher** 13:25

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Index: hit-medicines

**hit** 15:9,24 16:6,8,17, 20,23,25 17:1,3,10,13, 16,23

**home** 7:23 8:2 49:2 52:10

**hospital** 26:2 31:20,25 42:16 54:13

**hospitalized** 55:9

**hotel** 11:20 20:12 22:25 23:2,6 24:6,9 39:2 48:4,9,14 53:18

**hour** 14:11

**hours** 22:19 46:2,4,7

**house** 7:24 44:1

**hurt** 13:17 14:4 22:13, 17 38:24 39:2

**hurting** 22:15 29:8 48:14

**hurts** 14:7 44:6

**Héctor** 4:7 58:15

---

**I**

**ice** 23:16

**icepack** 23:17

**ill** 55:6,20

**illness** 54:25 55:7

**immediately** 32:17 48:16

**impact** 50:13

**incident** 11:20 55:17

**including** 25:12

**Income** 58:24

**independently** 39:6

**Individual** 58:24

**info** 46:25

**information** 12:10 28:1

**initially** 22:15 29:11

**injection** 32:17 42:15, 18,19 55:8

**injections** 33:3 39:14 41:16 55:11

**injured** 27:10 55:3 56:4,25

**injuries** 10:24 44:9,15 55:5 56:16

**injury** 54:24

**inquiry** 42:23

**institutions** 55:13

**instrument** 13:12

**instruments** 13:10

**insurance** 26:5

**internal** 8:24

**interrogatories** 54:9, 18 56:13

**involved** 57:23

**iron** 15:6

**isle** 15:22

**issues** 32:3

**it's** 5:22 7:7 20:2 23:23 31:21,22 34:25 37:14 38:9,11 39:5,11 43:25 44:19 50:12 51:22

**I'm** 9:18 10:9 14:20 19:7 24:22 30:7,18 34:9 38:9,20 44:5,19 48:14 51:13 57:10

**I've** 26:22 28:10

---

**J**

**January** 36:9 37:4

**job** 44:5 45:19

**Jones** 29:11 32:12 33:22 34:21 35:4,7,9, 10,13

**Juan** 4:1 24:11,12 25:5

**July** 41:2

**June** 39:24 40:6

---

**K**

**kidney** 42:5,7

**kind** 7:23 9:2 12:23 13:8 14:1 16:11 17:10 18:23 32:15 33:13 35:1 37:24 38:8,9,12 45:23 46:19 49:25 52:22

**knee** 19:9 38:24 39:2 40:1,4,7,10,15 55:11

**knees** 12:22,25 13:1, 13 17:21 38:22 39:5,9, 12,15,19,21 40:22,25 47:23 50:14 55:12

---

**L**

**laid** 24:5

**laser** 38:6

**late** 53:20

**lead** 46:24

**leading** 52:2

**leaned** 16:11 17:11

**leave** 46:6,8,9,10,12,20

**left** 12:9 16:13 17:23 27:11 40:1,4 55:21,25 56:3,6 57:1,2

**legs** 31:4 39:21

**let's** 47:8

**level** 8:3,4

**life** 43:23

**lifting** 50:7

**limited** 33:3

**live** 7:17,19,20,21

**living** 7:14,16

**location** 30:24 31:15, 18,25

**locations** 31:20

**long** 8:11 11:25 14:9

23:2 26:23

**looked** 12:23,24

**lose** 17:25 42:13

**lot** 14:14,16 25:10 27:12 29:9 38:18 42:12,13 43:22,25 50:13 52:23

**low** 42:14 55:22

**lower** 12:22 13:1,2,25 14:1 22:18 29:8 31:4 32:4 33:21 50:13,14

---

**M**

**machine** 38:8

**made** 11:13 12:19 13:16 16:3 21:17 29:1 50:19

**maid** 48:23

**maintenance** 21:12, 14 23:14

**make** 13:5,6 29:15 38:2,4 46:2 51:3,13

**male** 35:16,17

**malfunctioning** 21:21

**MARCH** 4:2

**mark** 58:19,21

**married** 6:19,21 7:9

**Maryland** 40:13

**massage** 38:13

**means** 27:3

**measure** 13:9

**medical** 11:15 12:1,8 27:17 28:19 41:19,22 42:1 44:7,9,12,14 48:1, 5,10,22,24 49:1 55:9, 15,18,19 56:5

**medication** 29:12

**medications** 42:25 43:2

**medicines** 10:10

29:23 33:4

**medics** 48:15

**Meeks** 20:18

**mentioned** 39:22 44:8,12 55:12

**met** 23:19,20

**middle** 7:7 13:25

**miles** 40:15

**missing** 59:2

**moment** 5:12 19:21 21:15,18,23,24 22:1,4, 6,9,13,16 26:1 29:7,21 35:25 40:18

**month** 44:6

**months** 8:13 9:8,20 39:15

**morning** 4:6 15:5 22:24 50:4 53:20

**movements** 13:6,16

**moving** 16:3

**MRI** 29:21,22 33:25 34:1

**museums** 25:22 52:22

**Mármol** 4:6,7,23 5:15, 20,24 6:3,11 7:11 14:21 15:1,2 17:6,12 19:11 21:9 24:24 33:1 43:12,18,19 49:8,11, 15,16 50:18 51:6,8 52:1,5 53:2,24 54:17 55:24 57:1,7,9,21 58:5, 15,21 59:19

---

**N**

**N-E-C-O** 7:8

**names** 20:13,23

**nature** 55:7

**neck** 27:13

**Neco** 7:1,3

**needed** 5:8 32:4

**night** 10:19 19:22,23 50:4

**nightgown** 19:25

**Northside** 31:20,24

**notary** 5:1 6:8

**note** 41:2,13

**notes** 14:12,14,16 50:21

**notice** 18:19 58:14 59:18

**notify** 5:3,7

**November** 10:9

**number** 4:10 54:12,21, 22 56:10,13,18 57:5, 13,14

---

**O**

**O-R-V-A-L-A-S-H-O-N** 7:7

**oath** 5:2 6:8

**objections** 5:9

**obligations** 8:25

**October** 10:9 27:22 28:4,9,13,15,17 29:2 36:4,23 47:3 53:16 54:15,23 57:25

**offered** 41:3,5,11

**office** 30:5 36:16

**officer** 47:25 48:6

**offices** 30:2,10,14,23 36:2 37:14

**officially** 58:12

**Olivia** 20:8 48:18

**Onslow** 20:24 21:1

**opening** 4:23

**order** 38:23

**Oriental** 45:8,11

**origin** 18:10

**original** 59:16

**orthopedic** 39:13

**Orthopedics** 55:15

**Orvalashon** 7:1,3

**osteoarthritis** 40:22, 25

**osteotherapist** 55:1

**outcome** 56:19

---

**P**

**P-R-E-S-S-L-E-Y** 7:10

**P-R-O-C-E-E-D-I-N-G-S** 4:3

**pack** 23:16

**packages** 44:2

**packet** 44:20

**paid** 45:20 46:5,7

**pain** 23:18 27:12 29:12 38:23 39:12 40:7,9,10, 15 43:25 44:3,6 52:24

**painful** 13:22

**pajamas** 20:1

**Panadol** 43:7,10

**pants** 19:5,9,12

**paramedic** 48:10,20

**paramedics** 48:7,15

**Pardon** 42:6 43:9

**part** 13:2 16:7 17:13,16 22:13 31:2 59:18

**parties** 20:11

**parts** 13:2

**party** 25:12

**passed** 15:21,23

**Pastrana** 4:22

**patches** 38:5

**pay** 45:23 46:3 47:11

**paystub** 46:18

**Peachtree** 12:9 27:24 28:5,8,23 29:2 30:8,22 31:7 33:2 35:6,18,21 36:7 42:22 44:12 55:14

**people** 37:18 53:19

**performed** 38:15

**performing** 49:19

**period** 46:3,5,7 50:7

**periods** 45:24

**person** 19:4 21:10,11, 12,14 23:13,14

**personal** 48:4 56:15

**personnel** 48:9,11

**persons** 19:14 20:10 25:12

**Phyllis** 20:18

**physical** 11:13 12:19 14:10 30:3,5,11,12,17, 21,24 31:1 36:3,5

**physician** 37:11

**Physiotherapy** 30:2, 5,10,14,23 36:2

**Picking** 44:2

**pictures** 25:9,11,14,16

**place** 30:9,21 32:8

**places** 30:13

**plaintiff** 4:8,18

**plan** 41:7,11 52:9

**planned** 14:19 51:2,21 52:20

**plans** 49:3,8 51:6,8,11, 15,24 52:15

**Plaza** 23:10 25:5 38:25 39:6

**pointed** 55:25

**Posadas** 4:9,13 54:10

**position** 8:14

**possibility** 9:6 33:19 47:24

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

**possibly** 33:15 39:18

**post** 53:15,17

**posted** 53:7,13

**prescribe** 37:9

**prescription** 33:3

**present** 4:14,18

**preserved** 5:12

**Pressley** 4:8,9,19,20 5:23 6:6,13 7:1,3,8,9 58:16

**pressure** 39:20

**previously** 12:2

**prior** 54:22

**privilege** 5:11

**problems** 38:21 50:2,3

**procedure** 33:8,11,12, 15

**procedures** 12:5

**process** 43:15

**produce** 58:12

**produced** 28:25 37:4

**producing** 58:18,23

**property** 7:23 59:14, 15

**provide** 8:23 25:17 47:15

**provided** 31:10

**provider** 55:2

**psychiatrist** 45:13

**psychologist** 45:15

**public** 6:9

**puddle** 18:16,17,19,22

**Puerto** 4:1,10,13 10:13,16 11:25 22:20 23:7 24:7 25:3 26:15, 18 27:1,2,18 43:1 49:14 51:2 52:16 54:10

**pull** 46:22

**pulled** 21:19

**purposes** 5:2

**put** 29:20 38:1 42:16

___

**Q**

**question** 30:18 34:9 36:15 41:25 49:6 51:4, 5,13,14,23 52:8,10 54:3,6,12,13,15 55:16 56:10,13,23 57:5

**questions** 11:19,21 50:19 52:25 53:24,25 58:5,6

___

**R**

**rainforest** 24:23,25 52:21

**raised** 5:12 12:24 13:3

**read** 53:15,17

**recall** 57:12

**receive** 30:20 55:10,18

**received** 30:13,16 39:4 40:3 55:4

**receiving** 23:13 31:1 41:15 55:11

**recess** 14:23 58:9

**recommended** 33:6, 10,17

**recommending** 33:16

**record** 4:5,15,24 12:11,14 14:21,25 15:1 30:8,9 36:25 37:3 43:14,16 50:22 58:8 59:21

**records** 12:8 28:25 31:10 36:8,21 39:22 41:18 43:13

**reference** 8:24 11:19, 24 12:4 41:25 52:11

**referred** 37:11

**referring** 54:12

**refrigerator** 15:15,23 16:24 18:12,14 21:15, 18,25 22:3,7,10

**refused** 41:4,7

**Regina** 20:15

**regular** 9:1

**rehabilitation** 41:4,6, 7,10,11

**relative** 40:14

**relaxing** 53:21

**relief** 27:12 44:17

**relieve** 39:20

**relievers** 23:18

**remember** 10:1 11:8 17:15,18,20,22 18:23 19:20 20:2 22:12 23:23,24 27:16 28:11, 16 29:2,5,6 31:6,9,12, 21 33:11 34:12,15,25 35:2,3,12 36:24 39:3 40:16 41:8,14 43:4,11 45:2,4,5 46:16 57:15, 17,24

**rented** 24:3

**repair** 19:4,14

**repairs** 21:17

**repeat** 6:17 7:2,15 8:8, 20 9:11,18 10:15,22 11:12 12:13 16:19 17:6 19:17 22:2 23:1 24:19 26:16 28:3,14 30:4,18 34:4,19 35:20 39:1,8 40:23 41:20 44:10 45:10 48:3,12 53:4

**replace** 21:22

**replaced** 21:22

**reporter** 4:5,21,22 5:3, 16,19 14:25 17:5,7 19:7 58:8 59:21

**represent** 4:13

**representative** 8:15, 16,17,19,22

**request** 47:12

**requested** 32:19 58:13,24 59:17

**requesting** 43:16

**requests** 50:19

**required** 54:25 55:10

**reserved** 5:10

**respond** 29:23 42:23 52:6

**responses** 54:8

**restaurants** 25:21

**result** 55:16

**Resurgens** 39:14,22, 23,25 40:16,19 41:15 55:15

**retrieve** 15:6 46:25 47:1,3,4

**returned** 23:5 28:16

**returning** 28:16

**Returns** 58:25

**review** 5:5,6

**Rico** 4:1,10,13,14 10:13,16 11:25 22:20 23:7 24:7 25:3 26:15, 18 27:1,2,18 43:1 49:14 51:2 52:16 54:10

**riding** 43:23

**rivers** 25:2

**room** 15:16 16:24 17:13 22:4 23:14,15,17 25:13 48:1

**roommate** 18:3

**rooms** 21:4

**Rosalind** 4:8,9,19,20 5:22 6:6,13 58:16

**Roselyn** 20:24

**round** 29:14

**rowing** 53:19

**rule** 4:25

**run** 38:10

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Index: running–Treasury

**running** 18:13 39:21

---

**S**

---

**San** 4:1 24:10,12 25:5

**scan** 29:21

**seasonal** 9:3,4

**security** 18:7 21:11,12 23:13 47:25 48:6 59:11,12,13

**sensitive** 14:3

**September** 10:8

**serve** 5:1

**services** 37:16,19

**set** 45:22

**She's** 7:8

**shocked** 18:24

**shoes** 43:25 49:24,25

**short** 24:14

**shoulder** 16:11,13,15, 17,18,20,23 17:2,23 27:10,11,13 38:19 55:21,22,25 56:1,3,6, 25 57:1,2

**shoulders** 27:11 31:5

**show** 46:25

**sick** 32:11,17 46:6,8, 10,12,20 47:11,17

**side** 15:8 16:1,4,5 18:7

**sides** 31:22

**Sieradzki** 12:17 36:14, 19

**signature** 5:8

**Single** 6:20 7:25

**sit** 55:22

**sites** 52:21

**sitting** 43:23 44:3,5 53:18

**situation** 11:21,23

**size** 18:17

**Skymall** 58:16

**sleep** 43:24

**sleeping** 50:4

**slipped** 15:8,23 18:5, 25

**small** 18:16 55:21

**Smith** 20:19,20,22,24

**Snellville** 36:17 44:19

**sons** 6:23

**sore** 14:3

**sound** 11:9

**sounds** 45:9

**span** 9:22

**specific** 47:2

**spell** 7:4 21:2,3

**Spine** 12:9 26:10,12,13 27:24 30:9,22 31:8 55:14

**spot** 22:10 39:13

**sprained** 35:1

**stairs** 50:3

**stand** 20:4 44:4

**start** 44:1

**started** 11:22 22:18 32:11 38:21 39:12 42:3,12

**starts** 37:25 38:4

**state** 5:21 54:22 55:2,6 56:14,16

**stated** 32:13 40:12 55:19

**statement** 46:19 47:16

**States** 4:12 26:8 27:19, 21 28:13,16,17

**status** 6:16,18

**stay** 22:1,4,25 23:2,6,9 25:13 48:13

**stayed** 23:7,16

**staying** 21:4

**stipulations** 4:25

**stretch** 13:5

**studies** 29:16

**stuff** 52:23

**submitted** 54:9

**suffer** 47:19

**suffered** 54:24 55:5,17 58:1,3

**suit** 56:15,20

**sun** 24:5

**supervisor** 47:13

**support** 8:23

**surgeon** 39:14

**surgery** 33:17 55:11

**surgical** 33:12

**Suárez** 11:9

**swear** 5:17,24

**sweeping** 43:24

**sworn** 6:8

**system** 46:22

---

**T**

---

**table** 38:3

**tables** 38:3

**taking** 5:2 14:12 44:1 47:11 50:20

**talked** 39:16

**tap** 13:13

**tax** 8:25 58:24

**taxes** 8:25

**telling** 15:3 40:16

**temporary** 9:2

**testified** 6:9

**tests** 42:12

**that's** 7:9 16:22 32:5 36:19 39:20 40:15 41:13 42:18,21 44:22 47:21 50:25 52:10 54:1 56:25

**therapies** 36:3

**therapist** 30:3

**therapists** 30:6

**therapy** 30:12,17,21, 24 31:1 36:5 38:6

**there's** 9:6 16:24 41:2 47:23

**thing** 13:11,12

**things** 43:22

**thinks** 37:25 39:18

**thought** 39:11 52:7

**time** 9:16,22 10:5 24:14 27:17 28:4 30:1 31:11,13,14,15 32:22 35:7 36:22 39:12,24 45:1,3,4 46:14,17 47:9

**times** 9:7,10,13 27:12 31:7,9 38:18 44:23

**title** 56:18

**today** 6:1 10:10,17 26:25

**told** 33:22 34:16 35:13 49:17

**touched** 13:20 14:2,4 48:17,21

**touching** 14:7

**town** 40:13

**transcribe** 5:17

**transcript** 5:4,7,9

**transfusion** 42:17 55:11

**transpires** 14:24 58:10

**traveling** 20:9,10 52:9

**Treasury** 8:10,12 45:19

DEPOSITION OF  ROSALIND VANESSA PRESSLEY

Index: treat–Yunque

**treat** 27:7

**treatment** 29:10 30:14,16,20 33:2 35:11 37:8,21 39:4 40:3 56:5

**trial** 5:10

**trip** 10:14,17 22:21 24:10,21 25:3,9,14,20 26:1,15,18 27:1 49:4,9, 10,11,13 51:2,6,9,11, 16,21

**truth** 5:25

**Tucker** 7:20

**turn** 13:8

**turned** 15:21

**twist** 17:19,21

**two-bed** 15:16,17

**Tylenol** 43:7,10

**type** 40:9

**types** 49:23

**U**

**um-hum** 10:4 13:24 14:5 17:4 19:24 21:5,6 25:6,7 32:23 38:14

**uncomfortable** 26:6

**understand** 56:9

**understanding** 24:22 28:6 30:7,19 34:7,9

**understood** 51:13

**United** 4:11

**usual** 32:6

**utilized** 13:11 46:13

**V**

**vacation** 40:13 45:21 46:3,9,21 52:12,14

**vacuuming** 43:24

**Vanessa** 5:22 6:6,13

**vehicles** 50:5

**vertebrae** 13:23

**vicinity** 31:21

**visit** 24:10,15,20 25:2, 21 28:8,19 29:1 32:2,6 35:24 36:4,8,11 37:3 52:21

**visited** 28:5,22 29:15 31:11,13,14 32:7 35:7, 18,21 36:16,22 37:5 40:6 41:18,19 42:2,4 44:8,13 45:13,15 54:14 55:13

**visiting** 36:7 40:14,19

**W**

**waive** 5:8

**walk** 49:22 50:7

**walked** 40:14

**walking** 15:12,19 43:23 50:6

**wall** 21:19

**wanted** 26:7 32:4 49:1 51:1 52:12

**Washington** 20:14,18

**wasn't** 26:5,11 32:13 33:14 51:20 52:24 54:21 56:3

**water** 18:9,11 19:1,3,5, 8,15,18 50:12,13,17 53:19

**wear** 43:25 49:23 50:2

**wearing** 19:21

**Wednesday** 10:18,19

**weeks** 55:12

**wet** 19:3,10,12

**We'll** 14:21

**What's** 20:7

**white** 18:20

**work** 8:5 42:3,13 44:4

49:21

**worked** 9:15,16,25 10:3

**working** 8:11 9:19 44:5

**works** 34:18

**writing** 14:13,15,16

**wrote** 53:22

**X**

**X-RAYS** 29:16,20,22

**Y**

**year** 9:7,10,13,17,23, 25 10:5 45:20 56:17 59:1,4

**years** 8:13 9:8,15,20 10:1,3,4 26:24,25 27:1, 5,9 40:1,4 54:8 55:17 56:21,24 59:4

**yesterday** 10:18,20,23

**Yunque** 24:16,18,20, 25