THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Rosalind Pressley<br><br>Plaintiff,<br><br>v.<br><br>Posadas de Puerto Rico Associates, LLC<br><br>Defendant. | Civil No. 16-2718 ()<br><br>Plaintiff demands trial by jury |

## ANSWER TO INTERROGATORIES

TO:       PLAINTIFF ROSALIND PRESSLEY
THROUGH ATTORNEY DAVID FERNANDEZ-ESTEVES

FROM:    POSADAS DE PUERTO RICO ASSOCIATES L.L.C.
THROUGH ATTORNEY HECTOR A. MARMOL-LANTIGUA

1. Elliott Cruz. I sign this interrogatory on behalf of Posadas de Puerto Rico Associates, LLC.

2. Posadas did not keep track of the specific brand, model or year of the refrigerator placed in any room, including room 858 when Rosalind Presley reported her alleged accident. However, Posadas can answer that it did place "Magic Chef" and "Absocold" brand refrigerators in guest rooms.

3. Myself. I was the person who responded to Rosalind Pressley call when she initially reported the alleged accident. Additionally, Marcos Rivera, from the engineering department, to whom the inspection of the refrigerator was assigned after the accident was reported.

4. Posadas did not keep track of the when and who placed the refrigerator for the first time at room 858. As for "maintenance", upon entry to the rooms the refrigerator is verified to

be closed and operational, and is cleaned as needed. As for a logbook or protocol or guidelines, there are no such documents specific to the refrigerators placed in the guest rooms.

5. See Incident Report.

6. This has not been determined by our attorneys. However, it is anticipated that Posadas will use the incident report, photos of the room, and the medical records obtained for plaintiff.

7. Although no determination has been made yet, Marcos Rivera, Yashira Feliciano and myself are the most likely persons who will be called to testify. Our workplace address is the 999 Ashford Avenue, San Juan, P.R. 00907, and our workplace phone number is 787-721-1000. Marcos Rivera will testify about the hotel, its operation, the refrigerators placed in the guest rooms and about the role engineering plays in the upkeep of the guests rooms and what they do; Yashira Feliciano will testify about the hotel, its operation, and about the role housekeeping plays in the upkeep of the guests rooms and what they do.

8. When the accident was reported, we documented what was reported in the Incident Report, which is attached.

9. See attached Incident Report.

10. Two pictures were taken. See Incident Report.

11. See attached documents.

12. Posadas did not keep track of the specific brand, model or year of the refrigerator placed in any room, including room 858, and therefore cannot identify the purchase date of the refrigerator located in room 858 when Rosalind Presley reported her alleged.

13. The refrigerator was examined and found to be not operating properly. The compressor and the thermostat were specifically checked (or at least that is the usual practice).

14. See attached documents.

15. Please refer to answer to interrogatory 7.

16. Zurich Insurance Company issued a policy affording general liability coverage to Posadas, subject to a self-insured retention of $500,000. A copy of this policy has been requested and will be provided as soon as it is received.

17. The refrigerator was not operating properly.

18. Marcos Rivera, Engineering Department.

19. It is believed that the refrigerator was not operating properly.

20. It was disposed of.

21. Because it was disposed of, Posadas does not know where it is presently located.

22. Because it was disposed of, Posadas does not know who if anyone presently has custody of the refrigerator.

23. We object this interrogatory because it is too vague and ambiguous to allow Posadas to determine what is being requested of it. Without waiving this objection, please refer to attached documents.

I, Eliott Cruz, under penalty of perjury declare that to the best of my understanding and belief the foregoing is true and correct.

In San Juan, Puerto Rico, this __th day of August, 2017.

_____
ELIOTT CRUZ

In San Juan, Puerto Rico, this __th day of August, 2017.

**HÉCTOR MÁRMOL LANTIGUA**
HÉCTOR MÁRMOL LANTIGUA
Bar No.: 225404
E-mail: hmarmol@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 760-1077
Fax: (305) 507-1920

4