

**THE
CONDADO
PLAZA**

H I L T O N

## REPORT OF INCIDENT

This report is the property of The Condado Plaza Hilton
And is considered privileged and confidential.
Step 1: Ask each of the questions below to ensure complete and accurate documentation.
Step 2: Record only your objective observations on the scene
Step 3: Obtain information and statements from any witness(s) – both guests and employees.

HOTEL:   **CONDADO PLAZA HILTON**              PROPERTY NUMBER:

CITY/STATE: **SAN JUAN, PR**    PHONE: **(787) 721-1000 EXT. 2327**
REPORT DATE: **10-04-15**

WHO?   Guest ☒   Other ☐      room 858

| *Rosalind* | | *Pressley* |
|---|---|---|
| First | Middle | Last |

| **4195 Browning Chase Dr.** | **Tucker** | **GA  30084** |
|---|---|---|
| Street | City | State    Zip |

| **404-403-8933** | | |
|---|---|---|
| Home | Work | Other |

### WHAT

TYPE OF REPORT:      ☒ Guest Injury ☐ Incident      ☐ Guest Property ☐ Other

IF INJURED: *Are you okay?*      ☒ YES☐ NO

IF NO: *What is the nature of your injury: no injury at the moment*

*Do you need first aid?*            ☐ YES☒ NO
*Do you need medical assistance?*      ☐ YES☒ NO

*Medical assistance provided by (doctor, medical facility, etc.): N/A*

IF GUEST PROPERTY:  (
ORIG. COST       Receipts available?       ☐ YES☐ NO
PHOTO TAKEN OF DAMAGE: ☐ YES ☐ NO  If no, why?
GUEST INSURANCE CARRIER:                    PHONE:
IF GUEST AUTO: *Describe Auto damage/loss?*

| / | / | / | / | / | / |
|---|---|---|---|---|---|
| Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Color | Vehicle License #DL#/State | |

## WHEN

| When did the incident/loss happen? ☒ AM☐ PM | | |
|---|---|---|
| Day: Sunday | Date: 10-04-15 | Time: 10:00am |
| To whom did you report incident? ☒ AM ☐ PM | | |
| Name: Hector Morales | Date: 10-04-15 | Time: 9:50am |
| IF BURGLARY/THEFT/VANDALISM: *Was loss reported to Police?* ☐ NO ☐ YES | | |

| IF YES: *Police Information:* | | |
|---|---|---|
| | Police Dept. Name | Address | Case # |

## WHERE

*Where did the incident/loss happen? (Be specific. Detail location and room number if applicable.*
**Inside room 858 next to closet**

*PHOTO TAKEN OF SCENE:* ☒ YES ☐ NO  If no, why?

## WHY

Description of Incident:

Mrs. Rosalind Pressley guest from room 858 states that she went to retrieve the iron that was located in the

closet and when she approached the same she did not see the water leaking from the cooler, she slipped and

fell landing in the closet hitting her arm and butt. Mrs. Pressley was asked if she was ok, which she stated

she was alright at the moment. She was provided with an ice bag and a statement was filled out.

Engineering was informed to repair the cooler.

Mrs. Pressley was wearing regular slippers.

Marcos eng.empoyee stated that the cooler could not be repaired and informed HK to replace the same.

Mrs. Pressley was called around noon to verify her status and how she was feeling but there was no one in
the room.

*(Attach WITNESS STATEMENT if necessary)*

CONDITIONS AT TIME OF INCIDENT:
☒ Day ☐ Night     ☒ Clear     ☐ Rain ☐ Snow     ☐ Ice ☐ Other

---

**WITNESSES** *(as identified by Guest)*  **See Statement**

*Witness #1*     ☐ Employee (Title) _____     ☐ Guest ☐ Other

_____

| WITNESS NAME: | / | / |
| --- | --- | --- |
| | First | Middle | Last |

| WITNESS HOME ADDRESS: | / | / |
| --- | --- | --- |
| / | Street | City | State   Zip |

| WITNESS TELEPHONE NUMBERS: | / |
| --- | --- |
| / | Home | Work | Other |

WRITTEN STATEMENT provided by this person?     ☐ NO ☐ YES: *ATTACH STATEMENT*
*TO REPORT*

*Witness #2*     ☐ Employee     ☐ Guest     ☐ Other

| WITNESS NAME: | / | / |
| --- | --- | --- |
| | First | Middle | Last |

| WITNESS HOME ADDRESS: | / | / |
| --- | --- | --- |
| / | Street | City | State   Zip |

| WITNESS TELEPHONE NUMBERS: | / | / |
| --- | --- | --- |
| | Home | Work | Other |

WRITTEN STATEMENT provided by this person?     ☐ NO ☐ YES: *ATTACH STATEMENT*
*TO REPORT*

---

**Eliott Cruz - CLSO**                    **Safety & Security Manager**     **10-04-15**
REPORT TAKEN BY (PRINT NAME)                    TITLE                    DATE

**Otilio Ramos**                    **Director of Safety & Security**
PROPERTY CONTACT FOR THIS CLAIM (PRINT NAME)                    TITLE

TELEPHONE:  (787) 977-4768/ (787) 721-1000 ext. 2327
EMAIL ADDRESS: otilio.ramos@hilton.com

---

*Property Disposition of Report:*

☐ Copy sent to General Manager
☐ Claimant Contacted by Manager          Date_____
☐ Settled at Property          Amount $_____
☐ Settlement Release Signed (attached)

**This report is the property of The Condado Plaza Hilton
and is considered privileged and confidential in anticipation of
litigation.**



THE
CONDADO PLAZA
H I L T O N

## Slip and Fall Investigations

| Check when answer complete | Investigation<br><br>**Rosalind Pressley** | Results enter facts if not applicable enter "N/A" |
|---|---|---|
| √ | Determine the exact location of the fall. (You may want to measure the area from the walls or other fixed objects for complete accuracy.) | **In front of the closet** |
| √ | Photographs from several angels should be taken. All photographs should include the photographers name, date, time and location. | Done 2 photos |
| √ | Did any precipitation 24 hours prior to the incident occur? | None |
| √ | Was it precipitating when the alleged fall occurred? | No |
| √ | Did the guest wipe their feet on any rug or mat in the entryway? | None in the room |
| √ | Had the guest traveled though the same area on previous occasions? If yes, how many times. | **Yes, unknown how many time** |
| √ | Was the guest wearing contact lenses or eyeglasses at the time of the incident? | No |
| √ | Was the guest wearing sunglasses at the time of the incident? | No |
| √ | What type of shoes were the guest wearing and what condition were the shoes in? | **Slippers** |
| √ | What type of clothing was the guest wearing? | **Nightgown** |
| √ | Had any prescription drugs, medication or alcohol been taken prior to the incident? | **Unknown** |
| √ | What was the condition of the surface immediately prior to the incident? | **Wet** |
| √ | Did the guest notice the condition of the surface prior to the fall? | No |
| √ | Was the guest carrying anything when the incident occurred? | No |
| √ | Was the guest talking to someone when the incident took place? | **Roommate** |
| √ | Were there any noises, commotion or distractions at the time of the fall? | **Only the TV** |

| Remember that we must make every effort to prevent slips and falls. Sometimes they still occur, but are not the fault of the Hotel. We want to be certain the investigative report includes the specifics to assist with an appropriate determination regarding the accident and any claim that arises. | **Eliott Cruz - CLSO**<br>Investigator's Name / Signature<br><br>**10-04-15**<br>Date |
|---|---|

```
FROM:       jberger@luxuryresorts.com
TO:   USZ_CareCenter
DATE: 11/2/2015 3:42:47 PM
SUBJECT:    Fwd: Attorney letter Rosalind Pressley
```

Please see attached.  All incident reports are prepared in anticipation of
litigation and thus are not sent to any claimant/plaintiff or their counsel.
Please give me a call to discuss handling.

Thanks!
Jayne
Jayne Allen Berger

Corporate Counsel

WHM LLC

LXR LUXURY RESORTS

BRE SELECT HOTELS


T   561.447.3155

F   561.447.3063


JBerger@luxuryresorts.com

---------- Forwarded message ----------
From: Otilio Ramos <Otilio.Ramos@hilton.com>
Date: Mon, Nov 2, 2015 at 2:54 PM
Subject: Attorney letter Rosalind Pressley
To: "Berger, Jayne" <jberger@luxuryresorts.com>


Good afternoon

Letter from attorney related to slip/fall in room.

Regards,



OTILIO RAMOS- CLSD
Director of Safety & Security

999 Ashford Avenue   |    San Juan, Puerto Rico   |    00907

T: +1 787 721 1000 x 2327 |    F: +1 787 721-3082
E: otiilio.ramos@hilton.com
condadoplaza.com

_____

This transmission is not a digital or electronic signature and cannot be used
to form, document, or authenticate a contract. Hilton and its affiliates accept
no liability arising in connection with this transmission. Copyright 2015
Hilton Worldwide Proprietary and Confidential


This email communication is privileged, confidential or otherwise protected by
disclosure and is intended only for the individuals or entities named above and
any others who have been specifically authorized to receive it. Any
unauthorized dissemination, copying or use of the contents of this email is
strictly prohibited and may be in violation of law. If you are not the intended
recipient, please do not read, copy, use or disclose to others the contents of
this communication. Please notify the sender that you have received this e-mail
in error by replying to this e-mail or by phoning +1-561-447-
3155.  Please then
delete the e-mail from your system and any copies of it. Nothing contained in
this disclaimer shall be construed in any way to grant permission to transmit
confidential information via this firm's e-mail system or as a waiver of any
confidentiality or privilege. - room 858 b.jpg - room 858.jpg - Rosalnd
Pressley 10-04-15 inv..doc - Rosalnd Pressley 10-04-15.docx - Rosalind
Pressley.pdf

(Page 32 of 33)



(Page 33 of 33)

